Name: Dora A Solares
CDC No: 
Address: 419 W School ST
Compton CA, 90220

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NUMBER: 1:21-at-00878

Dora  Plaintiff/Petitioner,

v.  APPLICATION TO PROCEED
 IN FORMA PAUPERIS
 BY A PRISONER

Ralph Diaz, et al  Defendants/Respondent.

I, Dora A Solares, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ___ Yes   _x_ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. _____

2. Are you currently employed (includes prison employment)?   ___ Yes   _x_ No

   a. If the answer is "yes" state the amount of your pay. _____

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   ___ Yes   _x_ No
   b. Rent payments, interest or dividends:   ___ Yes   _x_ No
   c. Pensions, annuities or life insurance payments:   ___ Yes   _x_ No
   d. Disability or workers compensation payments:   ___ Yes   _x_ No
   e. Re Gifts or inheritances:   ___ Yes   _x_ No
   f. Any other sources:   _x_ Yes   ___ No

   If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

   Social Security $468 monthly

4. Do you have cash (includes balance of checking or savings accounts)? __ Yes  x  No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  __ Yes   x  No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets?   __ Yes   x  No

   If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   N/A
   _____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

09/07/2021                                    Donal A D
_____                              _____
DATE                                          SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants):** _____

*CERTIFICATION BELOW IS TO BE COMPLETED BY*
*NON-CDCR INCARCERATED PRISONERS ONLY*

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____                                  _____
DATE                                          SIGNATURE OF AUTHORIZED OFFICER