Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff,
Dora Solares

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>    Defendants. | Case No. 1:21-at-00878<br><br>**NOTICE OF INTERESTED PARTIES** |

**TO THE COURT:**

The undersigned, counsel of record for Plaintiff, certifies that the foregoing listed parties have direct, pecuniary interest in the outcome of this case: Dora Solares.

This representation is made to enable the Court to evaluate possible disqualifications or recusal.

1

|   |   |   |
|---|---|---|
| DATED: September 8, 2021 | | **LAW OFFICES OF JUSTIN STERLING** |
| | By: | */s/ Justin Sterling* |
| | | Justin Sterling |
| | | Attorney for Plaintiffs, |
| | | DORA SOLARES |
| DATED: September 8, 2021 | | **LAW OFFICES OF ERIN DARLING** |
| | By: | */s/ Erin Darling* |
| | | Erin Darling |
| | | Attorney for Plaintiff, |
| | | DORA SOLARES |