UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSEPH BURNS,<br><br>                    Defendant. | Old Case No. 1:21-cv-01349-DAD-EPG<br>New Case No. 1:21-cv-01349-NONE-BAM<br><br><u>ORDER RELATING CASES AND<br>REASSIGNING DISTRICT JUDGE AND<br>MAGISTRATE JUDGE</u> |

Pursuant to Local Rule 123, the court finds that the above-captioned action, *Dora Solares v. Joseph Burns*, 1:21-cv-01349-DAD-EPG, is related under this court's Local Rule 123 to the following matter: *Dora Solares v. Ralph Diaz,* et al, 1:20-cv-00323-NONE-BAM.  The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the court and parties.  An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge[1] and magistrate judge, and no consolidation of cases is affected.

/////

---

[1] Although the lowest-numbered case bears the district judge designation "NONE" to reflect that it is not assigned to a specific district judge at this time due to vacancies within the court, until further notice the undersigned is presiding over all cases bearing the "NONE" designation.

1

On the basis of good cause, this court **ORDERS** that the above-captioned action be reassigned to "Unassigned" ("NONE") as the district judge and to U.S. Magistrate Judge Barbara A. McAuliffe, with new case number:

**1:21-cv-01349-NONE-BAM**

Going forward, all documents shall bear the new case number.

IT IS SO ORDERED.

Dated:   **September 15, 2021**          *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE