UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH BURNS,<br><br>    Defendant. | **Case No. 1:21-cv-01349-NONE-BAM**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

Plaintiff Dora Solares ("Plaintiff"), through counsel, filed a complaint on September 8, 2021, along with an application to proceed in forma pauperis. (Docs. 1 and 4). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:   **September 16, 2021**            /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

1