# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| Dora Solares<br>*Plaintiff*<br>v.<br>Joseph Burns<br>*Defendant* | )<br>)<br>) Case No. 1:21-cv-01349-NONE-BAM<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dora Solares

Date: 09/17/2021

*Attorney's signature*

Erin Darling, Cal Bar No. 259724
*Printed name and bar number*
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010

*Address*

Erin@ErinDarlingLaw.com
*E-mail address*

(323) 736-2230
*Telephone number*

*FAX number*