IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA SOLARES ,** | No. **1:21−CV−01349−JLT−BAM** |
| Plaintiff, | |
| v. | **ORDER OF REASSIGNMENT** |
| **JOSEPH BURNS ,** | |
| Defendant. | |

The court, having considered the appointment of District Judge Jennifer L. Thurston, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that the above captioned case shall be and is hereby **REASSIGNED** from **Unassigned DJ** to **District Judge Jennifer L. Thurston** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court is:   **1:21−CV−01349−JLT−BAM**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: January 10, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE