Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendant
J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                Plaintiff,<br><br>     v.<br><br>**JOSEPH BURNS, et al.,**<br><br>                                Defendant. | 1:21-CV-01349-JLT-BAM<br><br>**DEFENDANT BURNES'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

Defendant Burnes ("Defendant") responds to Plaintiff's First Amended Complaint (FAC (ECF No. 21)) as follows:

**RESPONSE TO INTRODUCTION**

1. Responding to paragraph 1 of the FAC, Defendant admits that in March 2019, Luis Romero was murdered by his cellmate at California State Prison, Corcoran, Jaime Osuna. Defendant denies the remaining allegations of this paragraph.

///

///

///

1

Def. Burnes's Answer to First Am. Compl. (1:21-CV-01349-JLT-BAM)

**RESPONSE TO JURISDICTION AND VENUE**

2. Responding to paragraph 2 of the FAC, Defendant admits that jurisdiction is proper in this court under 28 U.S.C. § 1331, and that supplemental jurisdiction over the state-law claims is proper 28 U.S.C. § 1367. Defendant denies the remaining allegations of this paragraph.

3. Responding to paragraph 3 of the FAC, Defendant admits that venue is proper in this court under 28 U.S.C. § 1391. Defendant denies the remaining allegations of this paragraph.

**RESPONSE TO PARTIES**

4. Responding to paragraph 4 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

5. Responding to paragraph 5 of the FAC, Defendant admits he is (and was in March 2019) a correctional sergeant at California State Prison, Corcoran. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

6. Responding to paragraph 6 of the FAC, Defendant denies the allegations of this paragraph.

7. Responding to paragraph 7 of the FAC, Defendant admits he is (and was in March 2019) a correctional sergeant at California State Prison, Corcoran. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

8. Responding to paragraph 8 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

**RESPONSE TO PROCEDURAL HISTORY**

9. Responding to paragraph 9 of the FAC, Defendant denies the allegations of this paragraph.

/ / /

/ / /

Def. Burnes's Answer to First Am. Compl.  (1:21-CV-01349-JLT-BAM)

**RESPONSE TO EXHAUSTION OF ADMINISTRATIVE REMEDIES**

10. Responding to paragraph 10 of the FAC, Defendant admits that Plaintiff has filed a separate litigation against him under Eastern District of California case number 1:20-cv-00323, and admits that counsel for Plaintiff contacted counsel for Defendant in February 2021 with regard to online images. Defendant denies that Plaintiff properly followed the Government Tort Claim procedure before filing suit. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

**RESPONSE TO FACTS**

11. The FAC does not contain a paragraph numbered 11.

12. The FAC does not contain a paragraph numbered 12.

13. The FAC does not contain a paragraph numbered 13.

14. Responding to paragraph 14 of the FAC, Defendants admit that Luis Romero was transferred to California State Prison, Corcoran, in March 2019. Defendant denies the remaining allegations of this paragraph.

15. Responding to paragraph 15 of the FAC, Defendant denies the allegations of this paragraph.

16. Responding to paragraph 16 of the FAC, Defendant admits that Luis Romero was murdered by his cellmate, Jamie Osuna, in March 2019. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

17. Responding to paragraph 17 of the FAC, Defendant denies the allegations of this paragraph.

18. Responding to paragraph 18 of the FAC, Defendant denies the allegations of this paragraph.

19. Responding to paragraph 19 of the FAC, Defendant denies the allegations of this paragraph.

20. Responding to paragraph 20 of the FAC, Defendant denies the allegations of this paragraph.

### RESPONSE TO DAMAGES

21. Responding to paragraph 21 of the FAC, Defendant denies the allegations of this paragraph.

22. Responding to paragraph 22 of the FAC, Defendant denies the allegations of this paragraph.

23. Responding to paragraph 23 of the FAC, Defendant denies the allegations of this paragraph.

### RESPONSE TO FIRST CLAIM FOR RELIEF

24. Responding to paragraph 24 of the FAC, Defendant incorporates by reference the above responses to paragraphs 1-23 of the FAC.

25. Responding to paragraphs 25-28 of the FAC, Defendant denies the allegations of these paragraphs.

### RESPONSE TO SECOND CLAIM FOR RELIEF

26. Responding to paragraphs 29-32 of the FAC, Defendant responds that Plaintiff's second claim for relief has been dismissed without leave to amend, and therefore no response is required.

### RESPONSE TO THIRD CLAIM FOR RELIEF

27. Responding to paragraph 33 of the FAC, Defendant incorporates by reference the above responses to paragraphs 1-32 of the FAC.

28. Responding to paragraphs 34-38 of the FAC, Defendant denies the allegations of these paragraphs.

### RESPONSE TO FOURTH CLAIM FOR RELIEF

27. Responding to paragraph 39 of the FAC, Defendant incorporates by reference the above responses to paragraphs 1-38 of the FAC.

28. Responding to paragraph 40-41 of the FAC, Defendant denies the allegations of these paragraphs.

30. Responding to paragraph 42 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

31. Responding to paragraphs 43-45 of the FAC, Defendant denies the allegations of these paragraphs.

32. Responding to the "PRAYER FOR RELIEF" section of the FAC, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief.

33. Except where expressly admitted, Defendant denies all of Plaintiff's allegations.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses, Defendant asserts as follows:

### First Affirmative Defense

Defendant is entitled to qualified immunity because Defendant's actions were objectively reasonable and did not violate any clearly established right.

### Second Affirmative Defense

Plaintiff has failed to comply with the claim presentation requirements under the California Government Claims Act, and Plaintiff's claims are barred under California Government Code section 950.2.

### Third Affirmative Defense

Plaintiffs' claims are barred in whole or in part by one or more statutes of limitations, including California Civil Procedure Code section 335.1 and California Government Code section 945.6.

### Fourth Affirmative Defense

Plaintiff has failed to mitigate her damages, if there were any damages.

### Fifth Affirmative Defense

Plaintiff caused and contributed to her claimed injuries and damages, if there were any injuries and damages, through her own acts, omissions, and legal fault.

5

Def. Burnes's Answer to First Am. Compl.  (1:21-CV-01349-JLT-BAM)

<u>Sixth Affirmative Defense</u>

Other persons caused and contributed to Plaintiff's claimed injuries and damages, if there were any injuries and damages, through their acts, omissions, and legal fault.

<u>Seventh Affirmative Defense</u>

Defendant is immune from liability under California Government Code section 820.8 for plaintiff's claimed injuries and damages, if there were any injuries and damages, caused by the act or omission of another person.

**DEMAND FOR JURY TRIAL**

Under Federal Rule of Civil Procedure 38, Defendants demand that this action be tried by a jury.

**PRAYER FOR RELIEF**

Defendant prays for judgment as follows:

1. That judgment is entered in favor of Defendant;
2. That Plaintiff takes nothing by this action;
3. That Defendant is awarded costs of suit and attorney's fees; and
4. That Defendant is awarded such other relief as this Court deems proper.

Dated: April 29, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

**/s/ Jeremy Duggan**
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants
J. Burnes*

SA2021304683
38048562.docx

6

Def. Burnes's Answer to First Am. Compl.  (1:21-CV-01349-JLT-BAM)

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares v. Joseph Burns, et al.**    No. **1:21-CV-01349-JLT-BAM**

I hereby certify that on <u>April 29, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT BURNES'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 29, 2024</u>, at Sacramento, California.

|  |  |
|---|---|
| Y. Pacheco | */s/ Y. Pacheco* |
| Declarant | Signature |

SA2021304683
38048717.docx