Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6008
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH BURNS, et al.,**<br><br>Defendant. | 1:21-CV-01349-LHR-BAM<br><br>**JOINT SCHEDULING REPORT**<br><br>Date:         May 22, 2024<br>Time:        9:00 a.m.<br>Courtroom: By Zoom<br>Judge:       The Honorable Barbara A. McAuliffe |

**I.     SUMMARY OF FACTUAL AND LEGAL CONTENTIONS:**

**Plaintiff's Statement:**

On March 8, 2019, despite having received warnings that inmate Jaime Osuna, had engaged in multiple acts of violence against fellow inmates, Corcoran prison officials expedited the placement of Luis Romero and placed him in a cell with Mr. Osuna. Corcoran officials then conducted faulty nightly safety checks of Mr. Romero's new cell, even after a bedsheet was visibly draped along the bars inside this cell, preventing anyone outside from peering in. No Corcoran prison official bothered to conduct a routine safety check during the evening of March 8, 2019. In the early morning hours of March 9, 2019, Corcoran prison officials

finally conducted a safety check and looked on the other side of the bedsheet. At that point, Mr. Romero was found decapitated, and Mr. Osuna was found wearing a necklace made of Mr. Romero's body parts. Mr. Romero's body parts were then photographed by prison officials, who shared and distributed the gruesome photographs, including to non-prison officials. By 2021, gruesome photographs of Mr. Romero's remains had been posted online and on social media. Mr. Romero's family suffered a double tragedy: their loved one was brutally decapitated, and they had to see those gruesome images on a public forum online.

**Defendant's Statement:**

Decedent Luis Romero was convicted of murder in 1992 and was serving a life sentence in California Department of Corrections and Rehabilitations prisons. Decedent arrived at California State Prison, Corcoran on March 7, 2019 from Mule Creek State Prison via Wasco State Prison.  Decedent was properly approved to be housed in a cell with inmate Jaime Osuna.  On the night of March 8-9, Romero died in the cell he shared with Osuna.  Osuna is currently facing criminal prosecution for murder based on those events.

As part of the subsequent investigation, on the morning of March 9, 2019, the crime scene, including Decedent's corpse, was photographed by California State Prison, Corcoran staff.  Plaintiff asserts the photographs were improperly shared by staff, and that the photographs were subsequently posted on the internet. Defendant Burnes was not at California State Prison, Corcoran on the morning of March 9, and he has not seen or shared any photographs of the crime scene.

Defendant is not liable for any of Plaintiff's claims, and he is entitled to qualified immunity and statutory immunity under California law.

**2.     PROPOSED DEADLINE FOR AMENDMENTS:**

**Plaintiff's Statement:**

Plaintiff proposes January 10, 2025 as the deadline to file amended pleadings.

**Defendant's Statement:**

Defendant proposes December 11, 2024 as the deadline to file amended pleadings.

3. **SUMMARY OF CONTESTED AND UNCONTESTED FACTS:**

The parties do not contest the following facts: Decedent Luis Romero was a California Department of Corrections and Rehabilitations prisons inmate. Decedent arrived at California State Prison, Corcoran on March 7, 2019 from Mule Creek State Prison via Wasco State Prison. Decedent was housed in a cell with inmate Jaime Osuna. On the night of March 8-9, Romero died in the cell he shared with Osuna. As part of the subsequent investigation, on the morning of March 9, 2019, the crime scene, including Decedent's corpse, was photographed by California State Prison, Corcoran staff.

The parties contest whether prison staff improperly shared the photographs, whether Defendant Burnes ever possessed or shared any of the photographs, and whether Defendant is liable for any damages under any of Plaintiff's state and federal theories.

4. **SUMMARY OF LEGAL ISSUES NOT DISPUTED**

Jurisdiction over Plaintiff's federal claim, and venue, are not disputed.

5. **STATUS OF ALL MATTERS PRESENTLY BEFORE THE COURT**

In the above-listed matter, Defendant answered the first amended complaint on April 29, 2024 (ECF No. 30.)

In the related matter, *Solares v. Diaz*, E.D. Cal. No. 1:20-CV-00323-LHR-BAM, Defendant has answered the complaint and discovery is ongoing.

6. **DISCOVERY PLAN:**

a. Initial Disclosures: Due June 21, 2024

b. Non-Expert Discovery Cut-Off: June 20, 2025

c. Disclosure of Expert Witnesses: July 25, 2025

d. Expert Discovery Cut-off: September 26, 2025

   e. Changes in Limits on Discovery: Plaintiff may seek an increase in the number of interrogatories and the number of depositions.

   f. Protective Order: the parties anticipate stipulating to a request for a protective order.

   g. Issues with Timing/Sequencing of Discovery:  The parties are currently unaware of any issues regarding timing and sequencing of discovery.

   h. Discovery Outside the United States: The parties do not anticipate seeking discovery outside the United States.

   i. Video/Sound Depositions: Plaintiff anticipates conducting some depositions via Zoom, the video and sound of which will be recorded.

   j. Mid-Discovery Status Report: the parties are amenable to a Mid-Discovery Status Report, and Defendant proposes November 6, 2024 for the date, while Plaintiff proposes an earlier date: September 18, 2024.

**7. ELECTRONIC DISCOVERY:**

  Plaintiff will seek discovery of computer-based information, has informed Defendant of this, and will identify the categories of information sought. The parties will meet and confer as needed to establish the reasonable scope and proportion of discovery of electronically stored information.

**8. MEET-AND-CONFER**

  The parties will discuss the topics outlined in the Court's order relating to computer-based information, e-mail information, deleted information, and back-up data.

**9. DATES AGREED TO BY ALL COUNSEL:**

   a. Filing deadline for dispositive motions: October 29, 2025

   b. Pre-Trial Conference Date: Sixty days after dispositive motion hearing

   c. Trial Date:  Sixty days after Pretrial Conference.

**10.  SETTLEMENT CONFERENCE:**

The parties have discussed settlement briefly.  Plaintiff is amenable to a settlement conference after the Mid-Discovery Status Report.

Defendant is amenable to a settlement conference if Plaintiff believes one would be useful at this point.

**11.  JURY TRIAL:**

The parties seek a trial by jury.

**12.  TRIAL ESTIMATE:**

The parties estimate trial lasting 4-6 days.

**13.  BIFURCATION:**

The parties propose bifurcating the amount of punitive damages from the remainder of the trial.

**14.  PENDING MATTERS:**

In a related civil matter (*see* ECF No. 3), *Solares v. Diaz*, E.D. Cal. No. 1:20-CV-00323-LHR-BAM, Solares asserts failure-to-protect and wrongful-death claims against Defendant Burnes.  Discovery is ongoing in that case.

Dated:  May 15, 2024  Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant*
*J. Burnes*

| | | |
|---|---|---|
| 1 | Dated: May 15, 2024 | Respectfully submitted, |
| 2 | | LAW OFFICES OF ERIN DARLING |
| 3 | | |
| 4 | | ***/s/Erin Darling (as authorized 5/15/24)*** |
| 5 | | ERIN DARLING |
| 6 | | *Attorneys for Plaintiff D. Solares* |

SA2021304683
38090245.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dora Solares v. Joseph Burns, et al.** | No. | **1:21-CV-01349-JLT-BAM** |

I hereby certify that on <u>May 15, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT SCHEDULING REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 15, 2024</u>, at Sacramento, California.

| | |
|---|---|
| Y. Pacheco | */s/ Y. Pacheco* |
| Declarant | Signature |

SA2021304683
38090688.docx