# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, § § § Plaintiff, § v. § JOSEPH BURNS, § § Defendant. § § § § | CIVIL ACTION NO. 1:21-cv-1349-LHR-BAM |

## NOTICE OF SETTING

Parties are advised that there will be a Status Conference before United States District Judge Lee H. Rosenthal. The hearing is set for Wednesday **June 26, 2024 at 2:00 p.m., Central Standard Time**. The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

**Nathan Ochsner Clerk**

By: _/s/ Lisa Eddins_
Lisa Eddins
Case Manager to Judge Lee H. Rosenthal