Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH BURNES, in his individual capacity, et al.,<br><br>      Defendants. | Case No. 1:21-cv-01349-LHR-BAM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

PURSUANT to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties request that the case be mediated with *Solares v. Diaz,* Eastern District of

STIPULATION FOR REFERRAL TO VDRP      1

California case number 1:20-cv-0323-JLT.  A separate stipulation is being filed concurrently in that matter.

Respectfully submitted,

Dated: October 28, 2024

       LAW OFFICES OF ERIN DARLING

       By: _____/s/Erin Darling_____
       Erin Darling,
       Attorneys for Plaintiff Dora Solares

Dated: October 28, 2024

       Rob Bonta
       Attorney General of California
       Jon S. Allin
       Supervising Deputy Attorney General

       **/s/Jeremy Duggan**

       Jeremy Duggan
       Deputy Attorney General
       *Attorneys for Defendant Burnes*

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE