Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DORA SOLARES,

   Plaintiff,

  v.

JOSEPH BURNES, in his individual capacity, et al.,

   Defendants.

Case No. 1:21-cv-01349-LHR-BAM

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

   PURSUANT to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.  The parties request that the case be mediated with *Solares v. Diaz,* Eastern District of

1  California case number 1:20-cv-0323-JLT.  A separate stipulation is being filed
2  concurrently in that matter.

3
4  Respectfully submitted,

5  Dated:  October 28, 2024

6                                                LAW OFFICES OF ERIN DARLING

7                                                By: _____/s/Erin Darling_____
8                                                Erin Darling,
                                                 Attorneys for Plaintiff Dora Solares
9
10 Dated:  October 28, 2024                      ROB BONTA
                                                 Attorney General of California
11                                               JON S. ALLIN
                                                 Supervising Deputy Attorney General
12                                               */s/Jeremy Duggan*

13                                               JEREMY DUGGAN
14                                               Deputy Attorney General
                                                 *Attorneys for Defendant*
15                                               *Burnes*

16
17         IT IS SO ORDERED.

18 DATED: __October 31, 2024__

19
20                        _____
                          UNITED STATES DISTRICT COURT JUDGE
21
22
23
24
25
26
27
28