Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>  Defendants. | Case No. 1:21-cv-01349-LHR-BAM<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: December 9, 2024<br>Time: 9 a.m.<br>Courtroom: 8, 6th Floor<br>Action Filed: September 8, 2021 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 9, 2024, at 9:00 a.m., or as soon thereafter as the parties may be heard in Courtroom 8 of the above-entitled Court, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiff Dora Solares will and hereby do move the Court for an order granting leave to file her proposed Second Amended Complaint so as to add a named defendant, Erik Beam. This new defendant is described in the proposed Second Amended Complaint, which is attached herein in both redline form and non-redline form. The new proposed defendant is described on on page 3, line 7 through 8; page 6, lines 10 through 25; page 8, passim; page 9, passim.

1

This motion will be pursuant to Rule 15(a)(2) and Rule 21, Federal Rules of Civil Procedure, Cal. Civ. Proc. Code § 474, and will be based upon this Notice, the accompanying Memorandum of Points and Authorities, the proposed Fourth Amended Complaint ("FAC"), which is attached as Exhibit A (in its redlined format) and Exhibit B (in its non-redlined format), all papers and pleadings on file for this action, and upon such other evidence and argument as the Court deems necessary or convenient.

Respectfully Submitted,

**LAW OFFICES OF ERIN DARLING**

DATED: November 5, 2024

By:   /s/ Erin Darling
      Erin Darling
     Attorney for Plaintiff,
     DORA SOLARES