Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230
Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities <br><br> Defendants. | Case No. 1:21-cv-01349-LHR-BAM <br><br> **[PROPOSED] ORDER APPROVING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

That Plaintiff Dora Solares' Motion for Leave to File Second Amended Complaint is GRANTED.

DATED: November ___, 2024     _____

                                                United States District Judge

Presented By:

  /s/ *Erin Darling*
ERIN DARLING
Attorney for Plaintiff