Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Joseph Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSEPH BURNS, et al.,** <br><br> Defendants. | 1:21-CV-01349-JLT-BAM <br><br> **SURREPLY REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

1   Plaintiff's motion for leave to amend seeks to amend the complaint's language and add
2 Lieutenant Erik Beam as a Defendant. (*See* Motion, ECF No. 41.) In the reply regarding the
3 motion, Plaintiff states that "Lieutenant Beam is represented by the same Deputy Attorney
4 General representing Sergeant Burnes, so there is certainly no issue with counsel getting up to
5 speed on the case." (Reply at 3, ECF No. 43.) In fact, the California Attorney General's Office
6 does not represent Lieutenant Beam in this matter.
7   Defendant therefore files this surreply to correct the record to reflect that Defendant
8 Burnes's counsel does not represent Lieutenant Beam.

9 Dated: December 13, 2024                    Respectfully submitted,

                                              ROB BONTA
                                              Attorney General of California
                                              JON S. ALLIN
                                              Supervising Deputy Attorney General


                                              ***/s/ Jeremy Duggan***

                                              JEREMY DUGGAN
                                              Deputy Attorney General
                                              *Attorneys for Defendants*
                                              *J. Burnes*

SA2021304683
38605049.docx

# CERTIFICATE OF SERVICE

Case Name:  **Dora Solares v. Joseph Burns, et al.**   No.   **1:21-CV-01349-JLT-BAM**

I hereby certify that on <u>December 13, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **SURREPLY REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 13, 2024</u>, at Sacramento, California.

|  |  |
|---|---|
| K. Vitalie | */s/ K. Vitalie* |
| Declarant | Signature |

SA2021304683
38625864