IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, et al.,<br><br>  Defendants. | Case No. 1:21-CV-01349-LHR<br><br>**STIPULATED AMENDED SCHEDULING AND DOCKET CONTROL ORDER** |

Defendant Burnes and Plaintiff Solares submit the following proposed amended schedule to control the above-listed matter:

1. February 14, 2025   **MEDIATION**

   Mediation or other form of dispute resolution must be completed by this deadline.

2. March 14, 2025   **COMPLETION OF FACT DISCOVERY**

   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

3. March 21, 2025 — **EXPERTS ON MATTERS OTHER THAN ATTORNEYS' FEES**

The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. April 21, 2025 — **OPPOSING EXPERTS**

The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

5. May 5, 2025 — **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**

No motion may be filed after this date except for good cause.

6. June 13, 2025 — **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**

The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

7. June 27, 2025 — **DOCKET CALL**

Docket Call will be held at 2:00 p.m. in a location to be determined. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

    Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

Dated: December 16, 2024

Law Offices of Erin Darling

*/s/Erin Darling (as authorized 12/16/24)*

Erin Darling
Attorney for Plaintiff
*Dora Solares*

Dated: December 16, 2024

Rob Bonta
Attorney General of California
Jon S. Allin
Supervising Deputy Attorney General

*/s/Jeremy Duggan*

Jeremy Duggan
Deputy Attorney General
Attorneys for Defendant
Burnes

Dated: December 17, 2024