1  J. RANDALL ANDRADA, SBN 70000
   randrada@andradalaw.com
2  LYNNE G. STOCKER, SBN 130333
   lstocker@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  1939 Harrison Street, Suite 612
   Oakland, California  94612
5  Tel.:    (510) 287-4160 / Fax: (510) 287-4161

6  Attorneys for Defendant
   E. BEAM
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12  DORA SOLARES,                          Case No.: 1:21-CV-01349-LHR-BAM

13              Plaintiff,                  **STIPULATION TO EXTEND TIME TO**
                                            **RESPOND TO SECOND AMENDED**
14      v.                                  **COMPLAINT; AND [PROPOSED]**
                                            **ORDER**
15  JOSEPH BURNES, et al.,

16              Defendants.

17

18

19      Defendant E. Beam, and Plaintiff Dora Solares, by and through their respective attorneys, and

20  pursuant to Local Rules 143 and 144, stipulate as follows:

21      **RECITALS**:

22      1.      On September 8, 2021, Plaintiff filed the original Complaint. ECF No. 1.

23      2.      On December 10, 2024, the Court granted Plaintiff's motion to amend the Complaint

24  to add E. Beam as a defendant. ECF No. 46.

25      3.      On December 17, 2024, Plaintiff filed the Second Amended Complaint (SAC)

26  whereby Defendant Beam was substituted for a Doe Defendant. ECF No. 49.

27      4.      On January 21, 2025, the Summons was returned executed as to Defendant Beam

28  with a response due on February 11, 2025. ECF No. 54.

                                            1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

5.    On or about February 6, 2025, counsel for Plaintiff and Defendant Beam agreed, and respectfully request, that the deadline to file a response to the SAC be extended by fourteen (14) days to February 25, 2025.

**IT IS SO STIPULATED**.

Dated:    February 11, 2025                    ANDRADA & ASSOCIATES

                                                    */s/ Lynne G. Stocker*
                                              By _____
                                                    LYNNE G. STOCKER
                                                    Attorneys for Defendant E. BEAM

Dated:    February 11, 2025                    LAW OFFICES OF ERIN DARLING

                                              By:  */s/ Erin Darling*_____
                                                    ERIN DARLING
                                                    Attorney for Plaintiff
                                                    *Dora Solares*

I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

                                              */s/ Lynne G. Stocker*
                                              _____

IT IS SO ORDERED.

Dated:   February ___, 2025

                                              _____
                                              LEE H. ROSENTHAL
                                              UNITED STATES DISTRICT JUDGE

2

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION