J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California  94612
Tel.:   (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
E. BEAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, | Case No.: 1:21-CV-01349-LHR-BAM |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; AND ORDER** |
| v. | |
| JOSEPH BURNES, et al., | |
| Defendants. | |

Defendant E. Beam, and Plaintiff Dora Solares, by and through their respective attorneys, and pursuant to Local Rules 143 and 144, stipulate as follows:

**RECITALS**:

1.  On September 8, 2021, Plaintiff filed the original Complaint. ECF No. 1.

2.  On December 10, 2024, the Court granted Plaintiff's motion to amend the Complaint to add E. Beam as a defendant. ECF No. 46.

3.  On December 17, 2024, Plaintiff filed the Second Amended Complaint (SAC) whereby Defendant Beam was substituted for a Doe Defendant. ECF No. 49.

4.  On January 21, 2025, the Summons was returned executed as to Defendant Beam with a response due on February 11, 2025. ECF No. 54.

1

5. On or about February 6, 2025, counsel for Plaintiff and Defendant Beam agreed, and respectfully request, that the deadline to file a response to the SAC be extended by fourteen (14) days to February 25, 2025.

**IT IS SO STIPULATED**.

Dated:    February 11, 2025                              ANDRADA & ASSOCIATES

By  */s/ Lynne G. Stocker*
LYNNE G. STOCKER
Attorneys for Defendant E. BEAM

Dated:    February 11, 2025                              LAW OFFICES OF ERIN DARLING

By:  */s/ Erin Darling*
ERIN DARLING
Attorney for Plaintiff
*Dora Solares*

I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

*/s/ Lynne G. Stocker*

IT IS SO ORDERED.

Dated:   February 14, 2025

LEE H. ROSENTHAL
Senior United States District Judge

2