Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>  Defendants. | Case No. 1:21-cv-01349-LHR-BAM<br><br>**STIPULATED AMENDED SCHEDULING AND DOCKET CONTROL ORDER; AND ORDER**<br><br>Hon. Lee H. Rosenthal |

{00129757.DOC/}                    1

**COME NOW** Plaintiff Dora Solares and Defendant Burnes and Defendant Beam and hereby stipulate and submit the following proposed amended schedule to control the above-listed matter:

1. September 12, 2025 — **COMPLETION OF NON-EXPERT DISCOVERY**

   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

2. September 26, 2025 — **EXPERTS ON MATTERS OTHER THAN ATTORNEYS' FEES**

   The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3. October 24, 2025 — **OPPOSING EXPERTS**

   The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. November 14, 2025 — **CLOSE OF EXPERT DISCOVERY**

5. December 5, 2025 — **PRETRIAL DISPOSITIVE MOTIONS FILING DEADLINE**

   No motion may be filed after this date except for good cause.

| | | |
|---|---|---|
| 5a. | December 19, 2025 | **OPPOSITION TO DISPOSITIVE MOTION** |
| 5b. | January 5, 2026 | **REPLY TO OPPOSITION TO DISPOSTIVE MOTION** |
| 6. | February 6, 2025 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE** |

The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

7. February 20, 2026            **DOCKET CALL**

Docket Call will be held at 2:00 p.m. in a location to be determined. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Glenda Hassan at glenda_hassan@txs.uscourts.gov or fax her at 713-250-5213 to

{00129757.DOC/}                                  3

arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

Dated: June 3, 2025

Respectfully submitted,

LAW OFFICES OF ERIN DARLING

By: _____/s/_____
Erin Darling,
Attorneys for Plaintiff Dora Solares

Dated: June 3, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan (as authorized on 6/3/25*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant Burnes*

Dated: June 3, 2025

ANDRADA & ASSOCIATES

*/s/ Lynne G. Stocker (as authorized on 6/2/25)*
By:  Lynne G. Stocker
*Attorneys for Defendant Beam*

Dated: June 1̂2̂, 2025

[signature]
Lee H. Rosenthal
Senior United States District Judge

{00129757.DOC/}                                    4