1  J. RANDALL ANDRADA, SBN 70000
   randrada@andradalaw.com
2  LYNNE G. STOCKER, SBN 130333
   lstocker@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  1939 Harrison Street, Suite 612
   Oakland, California  94612
5  Tel.:   (510) 287-4160 / Fax: (510) 287-4161

6  Attorneys for Defendant
   E. BEAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, | Case No.: 1:21-CV-01349-LHR-BAM |
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| JOSEPH BURNES, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that from June 26, 2025 through July 3, 2025, the undersigned attorney for Defendant Beam will be unavailable for any purpose whatsoever including, but not limited to, receiving notices of any kind, responding to ex parte applications, responding to discovery, responding to motions, appearing in court or attending depositions. The undersigned has notified other counsel and the Court that she is set to begin a jury trial in the United States District Court for the Central District of California on July 1, 2025. As of the date of this notice, the undersigned is unaware of any calendared event pertaining to this case during said period.

Dated:   June 25, 2025                                **ANDRADA & ASSOCIATES**

                                                      */s/ Lynne G. Stocker*
                                                   By _____
                                                      LYNNE G. STOCKER
                                                      Attorneys for Defendant E. BEAM