J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California  94612
Tel.:   (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
E. BEAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, et al.,<br><br>Defendants. | Case No.: 1:21-CV-01349-LHR-BAM<br><br>**NOTICE OF UNAVAILABILITY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that from August 4, 2025 through August 10, 2025, the undersigned attorney for Defendant Beam will be unavailable for any purpose whatsoever including, but not limited to, receiving notices of any kind, responding to ex parte applications, responding to discovery, responding to motions, appearing in court or attending depositions. As of the date of this notice, the undersigned is unaware of any calendared event pertaining to this case during said period.

Dated:   July 16, 2025                                    **ANDRADA & ASSOCIATES**

                                                          */s/ Lynne G. Stocker*
                                                   By _____
                                                          LYNNE G. STOCKER
                                                          Attorneys for Defendant E. BEAM

1