```
J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
```
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
E. BEAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, et al.,<br><br>  Defendants. | Case No.: 1:21-CV-01349-LHR-BAM<br><br>**DEFENDANT E. BEAM'S NOTICE AND PRIVILEGE LOG RE: PLAINTIFF'S 7/10/25 SUBPOENA DIRECTED TO NON-PARTY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

On August 15, 2025, a pre-motion conference was held remotely before the Hon. Lee H. Rosenthal. Counsel for all parties were present. Counsel for Defendant E. Beam was granted leave to review documents in the possession of non-party California Department of Corrections and Rehabilitation (CDCR) that are potentially responsive to Plaintiff's subpoena issued to CDCR on or about July 10, 2025. (Minute Order, ECF No. 66.) Defendant Beam hereby asserts privileges and other grounds for withholding documents potentially responsive to the subpoena as set forth in the attached privilege log.

Dated: August 28, 2025

                                                         **ANDRADA & ASSOCIATES**

                                                         By  */s/ LG Stocker*
                                                             LYNNE G. STOCKER
                                                             Attorneys for Defendant E. BEAM

1

## Solares v. Burnes, et al.
### Eastern District of California Case No. 1:21-cv-01349-LHR

### Defendant E. Beam's Privilege Log
### In Response to Plaintiff's Subpoena to the CDCR

| Date of Document | Document Description | Identity and Position of Authors and/or Recipients | Grounds for Withholding Documents |
|---|---|---|---|
| Unclear, possibly 6/21/19 | 402/403 Case Conference Notes N-SVSP-523-19-D | Unclear, possibly C. Rodriguez, Employee Relations Officer, Salinas Valley State Prison | Confidential personnel records of a peace officer: Cal. Penal Code §§ 832.7, 832.8, 5126.3(c)(1), (3), and (5), 6126.4 and 6126.5; FRCP 26(b) not relevant, not proportional to needs of case and beyond scope of permissible discovery |
| 6/27/19<br><br>Various | Official Personnel File for Lt. Beam – Request for information and responses, including contact information, employee work history, performance evaluations (6/2009 to 10/2009), training records, IA Investigation/Adverse Action Closure Letter, Letter of Reprimand (8/10/18)<br><br>(22 pages) | E. Rubio, Personnel Office, Salinas Valley State Prison<br><br>A. Hostetter, Employee Relations Office, Salinas Valley State Prison<br><br>Warden S. Hattan, Salinas Valley State Prison | Confidential personnel records of a peace officer: Cal. Penal Code §§ 832.7, 832.8, 5126.3(c)(1), (3), and (5), 6126.4 and 6126.5; Private personal information: Cal. Civil Code §§ 1798.3 and 1798.24; FRCP 26(b) not relevant, not proportional to needs of case and beyond scope of permissible discovery |