# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>　　　　Defendants. | 1:21-cv-01349-LHR-BAM<br><br>**ORDER GRANTING PARTIES' STIPULATION TO AMEND COMPLAINT** |

　　　Based upon the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff Dora Solares is granted leave to file a Third Amended Complaint, which is deemed filed as of the date of entry of this Order.

　　　IT IS SO ORDERED

Dated: 9/12/2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1