1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  JEREMY DUGGAN, State Bar No. 229854
   Deputy Attorney General
4    1300 I Street, Suite 125
   P.O. Box 944255
5    TACramento, CA 94244-2550
   Telephone:  (916) 210-6008
6  Fax:  (916) 324-5205
   E-mail:  Jeremy.Duggan@doj.ca.gov
7  *Attorneys for Defendant*
   *J. Burnes*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

FRESNO DIVISION

11

12

| | |
|---|---|
| 13 **DORA SOLARES,** | 1:21-CV-01349-JLT-BAM |
| 14 Plaintiff, | **DEFENDANT BURNES'S ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| 15 v. | |
| 16 | |
| 17 **JOSEPH BURNS, et al.,** | |
| 18 Defendants. | |

19

20    Defendant Burnes (Defendant) responds to Plaintiff's Third Amended Complaint (TAC,

21  ECF No. 71) as follows:

22                **RESPONSE TO INTRODUCTION**

23    1.    Responding to paragraph 1 of the TAC, Defendant admits that in March 2019, Luis

24  Romero was murdered by his cellmate, Jaime Osuna, at California State Prison, Corcoran.

25  Defendant denies the remaining allegations of this paragraph.

26  / / /

27  / / /

28

1

**RESPONSE TO JURISDICTION AND VENUE**

2. Responding to paragraph 2 of the TAC, Defendant admits that jurisdiction is proper in this court under 28 U.S.C. § 1331, and that supplemental jurisdiction over the state-law claims is proper under 28 U.S.C. § 1367. Defendant denies the remaining allegations of this paragraph.

3. Responding to paragraph 3 of the TAC, Defendant admits that venue is proper in this court under 28 U.S.C. § 1391. Defendant denies the remaining allegations of this paragraph.

**RESPONSE TO PARTIES**

4. Responding to paragraph 4 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

5. Responding to paragraph 5 of the TAC, Defendant admits he is (and was in March 2019) a correctional sergeant at California State Prison, Corcoran. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

6. Responding to paragraph 6 of the TAC, Defendant denies the allegations of this paragraph.

7. Responding to paragraph 7 of the TAC, Defendant admits he is (and was in March 2019) a correctional sergeant at California State Prison, Corcoran. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

8. Responding to paragraph 8 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

**RESPONSE TO PROCEDURAL HISTORY**

9. Responding to paragraph 9 of the TAC, Defendant denies the allegations of this paragraph.

/ / /

/ / /

2

**RESPONSE TO EXHAUSTION OF ADMINISTRATIVE REMEDIES**

10.    Responding to paragraph 10 of the TAC, Defendant admits that Plaintiff has filed a separate litigation against him under Eastern District of California case number 1:20-cv-00323. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

11.    Responding to paragraph 11 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

12.    Responding to paragraph 12 of the TAC, Defendant admits that counsel for Plaintiff contacted counsel for Defendant in February 2021 with regard to online images.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

13.    Responding to paragraph 13 of the TAC, Defendant denies that Plaintiff properly followed the Government Tort Claim procedure before filing suit.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

**RESPONSE TO "FACTS"**

14.    Responding to paragraph 14 of the TAC, Defendant admits that Luis Romero was transferred to California State Prison, Corcoran, in March 2019.  Defendant denies the remaining allegations of this paragraph.

15.    Responding to paragraph 15 of the TAC, Defendant denies the allegations of this paragraph.

16.    Responding to paragraph 16 of the TAC, Defendant admits that Luis Romero was murdered by his cellmate, Jamie Osuna, in March 2019.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

17.     Responding to paragraph 17 of the TAC, Defendant denies the allegations against him in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

18.     Responding to paragraph 18 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

<strong>RESPONSE TO DAMAGES</strong>

19.     Responding to paragraph 19 of the TAC, Defendant denies the allegations of this paragraph.

20.     Responding to paragraph 20 of the TAC, Defendant denies the allegations of this paragraph.

21.     Responding to paragraph 21 of the TAC, Defendant denies the allegations of this paragraph.

22.     Responding to paragraph 22 of the TAC, Defendant denies the allegations of this paragraph.

23.     Responding to paragraph 23 of the TAC, Defendant denies the allegations of this paragraph.

<strong>RESPONSE TO FIRST CLAIM FOR RELIEF</strong>

24.     Responding to paragraph 24 of the TAC, Defendant incorporates by reference the above responses to paragraphs 1-23 of the TAC.

25.     Responding to paragraphs 25-28 of the TAC, Defendant denies the allegations of these paragraphs.

<strong>RESPONSE TO SECOND CLAIM FOR RELIEF</strong>

26.     Responding to paragraph 29 of the TAC, Defendant incorporates by reference the above responses to paragraphs 1-28 of the TAC.

27.     Responding to paragraphs 30-34 of the TAC, Defendant denies the allegations of these paragraphs.

**RESPONSE TO THIRD CLAIM FOR RELIEF**

28.     Responding to paragraph 35 of the TAC, Defendant incorporates by reference the above responses to paragraphs 1-34 of the TAC.

29.     Responding to paragraphs 36-37 of the TAC, Defendant denies the allegations of these paragraphs.

30.     Responding to paragraph 38 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

31.     Responding to paragraphs 39-41 of the TAC, Defendant denies the allegations of these paragraphs.

32.     Responding to the "PRAYER FOR RELIEF" section of the TAC, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief.

33.     Except where expressly admitted, Defendant denies all of Plaintiff's allegations.

**AFFIRMATIVE DEFENSES**

As separate and affirmative defenses, Defendant asserts as follows:

<u>First Affirmative Defense</u>

Defendant is entitled to qualified immunity because Defendant's actions were objectively reasonable and did not violate any clearly established right.

<u>Second Affirmative Defense</u>

Plaintiff has failed to comply with the claim presentation requirements under the California Government Claims Act, and Plaintiff's claims are barred under California Government Code section 950.2.

<u>Third Affirmative Defense</u>

Plaintiffs' claims are barred in whole or in part by one or more statutes of limitations, including California Civil Procedure Code section 335.1 and California Government Code section 945.6.

<u>Fourth Affirmative Defense</u>

Plaintiff has failed to mitigate her damages, if there were any damages.

1  
2  

<u>Fifth Affirmative Defense</u>

3  Plaintiff caused and contributed to her claimed injuries and damages, if there were any

4  injuries and damages, through her own acts, omissions, and legal fault.

5  

<u>Sixth Affirmative Defense</u>

6  
7  Other persons caused and contributed to Plaintiff's claimed injuries and damages, if there

8  were any injuries and damages, through their acts, omissions, and legal fault.

9  

<u>Seventh Affirmative Defense</u>

10  
11  Defendant is immune from liability under California Government Code section 820.8 for

12  plaintiff's claimed injuries and damages, if there were any injuries and damages, caused by the

13  act or omission of another person.

14  **DEMAND FOR JURY TRIAL**

15  Under Federal Rule of Civil Procedure 38, Defendant demands that this action be tried by a

16  jury.

17  / / /

18  / / /

19  / / /

20  
21  
22  
23  
24  
25  
26  
27  
28  

6

**PRAYER FOR RELIEF**

Defendant prays for judgment as follows:

1.  That judgment is entered in favor of Defendant;

2.  That Plaintiff takes nothing by this action;

3.  That Defendant is awarded costs of suit and attorney's fees; and

4.  That Defendant is awarded such other relief as this Court deems proper.

Dated:  September 30, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


*/s/ Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant*
*J. Burnes*

SA2021304683
38646791.docx

7

# CERTIFICATE OF SERVICE

Case Name:   **Dora Solares v. Joseph Burns,**      No.      **1:21-CV-01349-JLT-BAM**
                 **et al.**

I hereby certify that on September 30, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

➢ **DEFENDANT BURNES'S ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 30, 2025, at Sacramento, California.

             K. Vitalie                          */s/ K. Vitalie*
              Declarant                            Signature

SA2021304683
39344664.docx