Justin E. Sterling, Esq.  SBN: 249491
**Law Offices of Justin E. Sterling**
15760 Ventura Blvd, Suite 700
Encino, CA 91436
(818) 995-9452

---

## UNITED STATES DISTRICT COURT
### Eastern District of California

| | | |
|---|---|---|
| **Dora Solares** | Plaintiff(s) | **CASE NUMBER:** 121CV01349LHRBAM |
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| **Joseph Burns, et al.** | Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons  ☐ first amended complaint  ☐ third party complaint
   ☐ complaint  ☐ second amended complaint  ☐ counter claim
   ☐ alias summons  ☐ third amended complaint  ☐ cross claim
   ☑ other *(specify)*: **Third Amended Complaint; Civil Cover Sheet**

2. **Person served:**

   a. ☑ Defendant *(name:)* **Jacob Fugate**
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☑ Address where the papers were served: **10111 Old Placerville Rd, Suite 100**
   **Sacramento, CA 95827**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☐ **Papers were served on** *(date)*:  at *(time)*:

   b. ☑ By **Substituted Service**. By leaving copies: **Elizabeth Scambler, Person in Charge**
   Age: 40  Weight: 145  Hair: Brown  Sex: Female
   Height: 5'3  Eyes:  Race: White  Marks:

   1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☑ **Papers were served on** *(date)*: **10/15/2025** at *(time)*: **9:27 AM**

   4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☐ **papers were mailed on**

   6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (Including partnership), or public entity. (F.R.Clv.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (Including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **Celina Alvarado**
   **Valpro Attorney Services**
   **1520 W. El Camino Avenue #125**
   **Sacramento, CA 95833**
   **(855) 582-5776**

   a. Fee for service: $ **191.65**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**2018-39**
      County: **Sacramento**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 15, 2025**    _____**Celina Alvarado**_____    _____*(Signature)*_____
                              *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Justin E. Sterling, Esq. | SBN: 249491<br>Law Offices of Justin E. Sterling<br>15760 Ventura Blvd, Suite 700  Encino, CA 91436 | | |
| TELEPHONE NO.: (818) 995-9452 | FAX NO. (818) 824-3533 | E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): : Dora Solares | | |

| **United States District Court** |
|---|
| STREET ADDRESS: 501 I Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Sacramento, CA 95814 |
| BRANCH NAME: Eastern District of California |

| PLAINTIFF/PETITIONER: Dora Solares | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Joseph Burns, et al. | 121CV01349LHRBAM |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Celina Alvarado , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Jacob Fugate as follows:

Documents:

**Third Amended Complaint; Civil Cover Sheet**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/13/2025 | 10:50 AM | Business | Spoke with Linda Stark who stated they are able to accept service for the inidividual as long as it has to do with CDCR, if this is a personal matter then no.<br>10111 Old Placerville Rd, Suite 100,  Sacramento, CA 958273075 |
| 10/14/2025 | 3:00 PM | Business | Spoke with staff who confirmed the address for employement.<br>10111 Old Placerville Rd, Suite 100,  Sacramento, CA 958273075 |
| 10/15/2025 | 9:27 AM | Business | Substituted service on: Jacob Fugate; 10111 Old Placerville Rd, Suite 100, Sacramento, CA 95827; by serving: , White Female 40 145 Brown 5'3 . |
| 10/15/2025 | | | Mailed copy of documents to: Jacob Fugate.<br>10111 Old Placerville Rd, Suite 100, Sacramento, CA 95827 |

Fee for Service: $ 191.65

County: **Sacramento**
Registration No.: **2018-39**
**Valpro Attorney Services**
**1520 W. El Camino Avenue #125**
**Sacramento, CA 95833**
**(855) 582-5776**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 15, 2025.

Signature: _____
**Celina Alvarado**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: VAL12366