PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
CHAENA B. DADE, SBN 310365
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com
cdade@kmslegal.com

Attorneys for Defendant, **JACOB FUGATE**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities,<br><br>Defendants. | **Case No.: 1:21-cv-01349-LHR (BAMx)**<br><br>**DEFENDANT, JACOB FUGATE'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Action Filed: September 8, 2021<br>Pretrial Conference: XXX<br>Trial Date: XXX<br><br>Assigned to:<br>Hon. Lee H. Rosenthal, District Judge |

Defendant Jacob Fugate (Defendant) responds to Plaintiff's Third Amended Complaint (TAC, ECF No. 71) as follows:

## RESPONSE TO INTRODUCTION

1. Responding to paragraph 1 of the TAC, Defendant admits that in March 2019, Luis Romero was murdered by his cellmate, Jaime Osuna, at California State Prison, Corcoran. Defendant denies the remaining allegations of this paragraph.

1

## RESPONSE TO JURISDICTION AND VENUE

2. Responding to paragraph 2 of the TAC, Defendant admits that jurisdiction is proper in this court under 28 U.S.C. § 1331, and that supplemental jurisdiction over the state-law claims is proper under 28 U.S.C. § 1367. Defendant denies the remaining allegations of this paragraph.

3. Responding to paragraph 3 of the TAC, Defendant admits that venue is proper in this court under 28 U.S.C. § 1391. Defendant denies the remaining allegations of this paragraph.

## RESPONSE TO PARTIES

4. Responding to paragraph 4 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

5. Responding to paragraph 5 of the TAC, Defendant admits he was a correctional officer at California State Prison, Corcoran, in March 2019. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

6. Responding to paragraph 6 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

7. Responding to paragraph 7 of the TAC, Defendant admits he was a correctional officer at California State Prison, Corcoran, in March 2019. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

8. Responding to paragraph 8 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

///

**RESPONSE TO PROCEDURAL HISTORY**

9. Responding to paragraph 9 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

**RESPONSE TO EXHAUSTION OF ADMINISTRATIVE REMEDIES**

10. Responding to paragraph 10 of the TAC, Defendant admits that Plaintiff has filed a separate litigation under Eastern District of California case number 1:20-cv-00323. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

11. Responding to paragraph 11 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

12. Responding to paragraph 12 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

13. Responding to paragraph 13 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

**RESPONSE TO "FACTS"**

14. Responding to paragraph 14 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

15. Responding to paragraph 15 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

16. Responding to paragraph 16 of the TAC, Defendant admits that Luis Romero was murdered by his cellmate, Jamie Osuna, in March 2019. Defendant lacks

knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

17. Responding to paragraph 17 of the TAC, Defendant denies the allegations against him in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph, and on that basis, denies them.

18. Responding to paragraph 18 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

## RESPONSE TO DAMAGES

19. Responding to paragraph 19 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

20. Responding to paragraph 20 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

21. Responding to paragraph 21 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

22. Responding to paragraph 22 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

23. Responding to paragraph 23 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

## RESPONSE TO FIRST CLAIM FOR RELIEF

24. Responding to paragraph 24 of the TAC, Defendant incorporates by

reference the above responses to paragraphs 1-23 of the TAC.

25. Responding to paragraphs 25-28 of the TAC, Defendant denies the allegations against him. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and on that basis, denies them.

## RESPONSE TO SECOND CLAIM FOR RELIEF

26. Responding to paragraph 29 of the TAC, Defendant incorporates by reference the above responses to paragraphs 1-28 of the TAC.

27. Responding to paragraphs 30-34 of the TAC, Defendant denies the allegations against him. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and on that basis, denies them.

## RESPONSE TO THIRD CLAIM FOR RELIEF

28. Responding to paragraph 35 of the TAC, Defendant incorporates by reference the above responses to paragraphs 1-34 of the TAC.

29. Responding to paragraphs 36-37 of the TAC, Defendant denies the allegations against him. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and on that basis, denies them.

30. Responding to paragraph 38 of the TAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and on that basis, denies them.

31. Responding to paragraphs 39-41 of the TAC, Defendant denies the allegations against him. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, and on that basis, denies them.

## PRAYER FOR RELIEF

32. Responding to the "PRAYER FOR RELIEF" section of the TAC, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief.

33. Except where expressly admitted, Defendant denies all of Plaintiff's allegations.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses, Defendant, Jacob Fugate, asserts as follows:

### First Affirmative Defense

Defendant is entitled to qualified immunity because Defendant's actions were objectively reasonable and did not violate any clearly established right.

### Second Affirmative Defense

Plaintiff has failed to comply with the claim presentation requirements under the California Government Claims Act, and Plaintiff's claims are barred under California Government Code section 950.2.

### Third Affirmative Defense

Plaintiffs' claims are barred in whole or in part by one or more statutes of limitations, including California Civil Procedure Code section 335.1 and California Government Code section 945.6.

### Fourth Affirmative Defense

Plaintiff has failed to mitigate her damages, if there were any damages.

### Fifth Affirmative Defense

Plaintiff caused and contributed to her claimed injuries and damages, if there were any injuries and damages, through her own acts, omissions, and legal fault.

### Sixth Affirmative Defense

Other persons caused and contributed to Plaintiff's claimed injuries and damages, if there were any injuries and damages, through their acts, omissions, and legal fault.

### Seventh Affirmative Defense

Defendant is immune from liability under California Government Code section 820.8 for plaintiff's claimed injuries and damages, if there were any injuries and damages, caused by the act or omission of another person.

///

///

**DEMAND FOR JURY TRIAL**

Under Federal Rule of Civil Procedure 38, Defendant demands that this action be tried by a jury.

**PRAYER FOR RELIEF**

Defendant prays for judgment as follows:

1. That judgment is entered in favor of Defendant;
2. That Plaintiff takes nothing by this action;
3. That Defendant is awarded costs of suit and attorney's fees; and
4. That Defendant is awarded such other relief as this Court deems proper.

Dated: December 11, 2025          KJAR, MCKENNA & STOCKALPER, LLP

By: _____/s/ Molshree Gupta_____
PATRICK E. STOCKALPER
MOLSHREE GUPTA
CHAENA B. DADE
Attorneys for Defendant, JACOB FUGATE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

I hereby certify that on December 11, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT, JACOB FUGATE'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 11, 2025, at El Segundo, California.

Maria Nixon