| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Patrick E. Stockalper, SBN 156954 (pstockalper@kmslegal.com) <br> Molshree Gupta, SBN 275101 (mgupta@kmslegal.com) <br> Chaena B. Dade, SBN 310365 (cdade@kmslegal.com) <br> KJAR, McKENNA & STOCKALPER, LLP <br> 841 Apollo Street, Suite 100 <br> El Segundo, California  90245 <br> Telephone:  (424) 217-3026 | |
| ATTORNEY(S) FOR:  Defendant, JACOB FUGATE | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES <br><br> Plaintiff(s), <br> v. <br> JOSEPH BURNES, et al., <br><br> Defendant(s) | CASE NUMBER: <br><br> 1:21-cv-01349-LHR (BAMx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    DEFENDANT, JACOB FUGATE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DORA SOLARES | Plaintiff |
| JOEPH BURNES | Defendant |
| ERIK BEAM | Defendant |
| JACOB FUGATE | Defendant |

December 11, 2025                              *[signature: Molshree Gupta]*
Date                                                   Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, JACOB FUGATE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

I hereby certify that on December 11, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANT, JACOB FUGATE'S CERTIFICATE OF INTERESTED PARTIES

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 11, 2025, at El Segundo, California.

_____
Maria Nixon