ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendant*
*J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                   Plaintiff,<br><br>         v.<br><br>**JOSEPH BURNS, et al.,**<br><br>                                   Defendants. | 1:21-CV-01349-LHR-FRS<br><br>**DEFENDANTS BURNES'S RESPONSE TO PLAINTIFF'S PROPOSED SCHEDULE (ECF NO. 82)**<br><br>Date:          March 13, 2026<br>Time:         10:30 a.m. Central Time<br>Courtroom: Zoom<br>Judge:        Lee H. Rosenthal |

Defendant Burnes responds to the schedule proposed by Plaintiff's counsel (ECF No. 82), as follows. The schedule should be moved out approximately 30 days from the dates proposed by Plaintiff. The proposed June 19, 2026 deadline for completion of non-expert discovery (less than 100 days away) is too soon for the parties to complete all of the depositions and document discovery. Further, the June 19 deadline date would interfere with the summary judgment motion deadline of June 12 in the related *Solares v. Diaz* matter (E.D. Cal. No. 1:20-cv-00323). And the June 19 deadline also falls at a time when Defendant Burnes's counsel (Mr. Duggan) will be out of the country on vacation. In addition, Plaintiff's proposal includes too little time for opposing experts (three weeks including the July 4 holiday), and dispositive motions (three weeks). Defendant Burnes therefore proposes the following schedule:

1

1.  July 21, 2026                    COMPLETION OF NON-EXPERT
                                     DISCOVERY

                                     Written discovery requests are not timely if
                                     they are filed so close to this deadline that
                                     under the Federal Rules of Civil Procedure
                                     the response would not be due until after the
                                     deadline.

2.  August 4, 2026                   EXPERTS ON MATTERS OTHER THAN
                                     ATTORNEYS' FEES

                                     The plaintiff (or the party with the burden of
                                     proof on an issue) will designate expert
                                     witnesses in writing and provide the report
                                     required by Rule 26(a)(2) of the Federal
                                     Rules of Civil Procedure.

3.  September 4, 2026                OPPOSING EXPERTS

                                     The opposing party will designate expert
                                     witnesses in writing and provide the report
                                     required by Rule 26(a)(2) of the Federal
                                     Rules of Civil Procedure.

4.  October 2, 2026                  CLOSE OF EXPERT DISCOVERY

5.  October 30, 2026                 PRETRIAL DISPOSITIVE MOTIONS
                                     DEADLINE

Def. Burnes's Response to Proposed Schedule  (1:21-CV-01349-LHR-FRS)

Defendant Burnes understands that after summary judgment motions, the case will likely be returned to an Eastern District of California judge for trial.  Therefore, Defendant Burnes does not propose dates for motions in limine and trial at this time.

Dated:  March 6, 2026

Respectfully submitted,
Rob Bonta
Attorney General of California
Jon S. Allin
Supervising Deputy Attorney General


*/s/Jeremy Duggan*
Jeremy Duggan
Deputy Attorney General
*Attorneys for Defendant Burnes*

SA2021304683
39692910

3

# CERTIFICATE OF SERVICE

Case Name:  **Dora Solares v. Joseph Burns, et al.**          No.    **1:21-CV-01349-LHR-FRS**

I hereby certify that on <u>March 6, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS BURNES'S RESPONSE TO PLAINTIFF'S PROPOSED SCHEDULE (ECF NO. 82)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 6, 2026</u>, at San Francisco, California.

| | |
|---|---|
| G. Guardado | */s/ G. Guardado* |
| Declarant | Signature |

SA2021304683
44986472