**IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES,                          §
                                       §
          Plaintiff,                   §
v.                                     §          CIVIL ACTION NO. H-21-1349
                                       §
JOSEPH BURNS, *et al.*,                §
                                       §
          Defendants.                  §

**SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1.  July 31, 2026          **COMPLETION OF FACT DISCOVERY**
    Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

2.                         **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

    August 14, 2026        The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

    September 18, 2026     The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

    October 16, 2026       Close of expert discovery.

3.  November 6, 2026       **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
    No motion may be filed after this date except for good cause.

4.  December 11, 2026      **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
    The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

5.  TBD                                  **DOCKET CALL**
                                         Pending motions may be ruled on at docket call, and the
                                         case will be set for trial as close to the docket call as
                                         practicable.

        Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference.  Notify your adversary of the date and time for the conference.

        SIGNED on March 16, 2026, at Houston, Texas.


                                    _____
                                             Lee H. Rosenthal
                                      Senior United States District Judge

2