# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-1349-LHR |
| | § | |
| JOSEPH BURNS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are advised that there will be a motion hearing held before United States District Judge Lee H. Rosenthal. The hearing is set for **Friday, March 27, 2026, at 3:30 p.m., Central Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the top of the page, in the contacts section.

March 20, 2026                                     **Nathan Ochsner Clerk**


_____
Glenda Hassan
Case Manager to
Senior District Judge Lee H. Rosenthal