# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-1349-LHR |
| | § | |
| JOSEPH BURNS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

---

## NOTICE OF RESETTING

The parties are advised that there will be a motion hearing held before United States District Judge Lee H. Rosenthal. The hearing is reset for **Friday, March 27, 2026, at 4:00 p.m., Central Time.**  The hearing will be held by Zoom.


March 26, 2026                          **Nathan Ochsner Clerk**


_____
Glenda Hassan
Case Manager to
Senior District Judge Lee H. Rosenthal