**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | | |
|---|---|---|
| DORA SOLARES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-1349-LHR |
| | § | |
| JOSEPH BURNS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SETTING**

The parties are advised that there will be a pre-motion conference held before United States District Judge Lee H. Rosenthal. The conference is set for **Monday, June 8, 2026, at 3:00 p.m., Central Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page.

June 2, 2026                    **Nathan Ochsner Clerk**

_(signature)_

Glenda Hassan
Case Manager to
Senior District Judge Lee H. Rosenthal