ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JOSEPH BURNS, et al.,**<br><br>Defendants. | 1:21-CV-01349-LHR-FJS<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Lee H. Rosenthal<br>Trial Date: Not set.<br>Action Filed: September 8, 2021 |

**TO PLAINTIFF DORA SOLARES, AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Burnes moves for an order under Rule 56 of the Federal Rules of Civil Procedure to grant summary judgment against Plaintiffs and for Defendant Burnes on all claims against Defendant Burnes on the grounds that there is no evidence that he had any involvement in or nexus to any purported sharing of images of the death scene of inmate L. Romero and no reasonable trier of fact could find in favor of Plaintiff for her claims against Defendant Burnes.

This Motion is based on this Notice of Motion and Motion; Defendant's Statement of Undisputed Facts; the Memorandum of Points and Authorities; the declarations and exhibits attached in support of the Motion; the pleadings and records on file in this case; and such other

matters as may properly come before this Court. Defendant met and conferred with Plaintiff by and through their respective counsel on several dates, including a formal meet and confer telephone call on July 17, 2026, but were unable to come to an agreement, which necessitated Defendant's filing of this motion. In accordance with Judge Rosenthal's Court Procedure Number 6, this motion will be decided without a hearing unless a hearing is deemed necessary by the Court.

Dated: August 14, 2026

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General

**/S/ DAVID E. KUCHINSKY**

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendant J. Burnes*

SA2021304683
95734312.docx

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares v. Joseph Burns, et al.** No. **1:21-CV-01349-LHR-FJS**

I hereby certify that on August 14, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. DUGGAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. BURNES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 14, 2026, at Fresno, California.

| J. Vinton | ***/s/ J. Vinton*** |
|---|---|
| Declarant | Signature |

SA2021304683
95734276.docx