ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JOSEPH BURNS, et al.,**<br><br>Defendants. | 1:21-CV-01349-LHR-FJS<br><br>**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Lee. H. Rosenthal<br>Trial Date: Not set.<br>Action Filed: September 8, 2021 |

Defendant Burnes submits the following undisputed facts in support of his motion for summary judgment. Defendant reserves the right to present additional or contrary facts in subsequent proceedings or at trial.

1. On the morning of March 9, 2019, Luis Romero, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), was found murdered inside his cell in the 4A1R housing unit at California State Prison, Corcoran, his body mutilated. (Third Amended Complaint (TAC) at 2; ECF No. 71; Burnes Decl. ¶ 6.)

2. As part of their investigation, California State Prison, Corcoran staff took photographs of the scene and Romero's remains. (TAC at 2.)

3. Plaintiff alleges in her operative complaint that staff, including Defendant Burnes, shared and distributed these photographs to other CDCR staff and non-prison officials, and that the photographs were posted online and on social media. (TAC at 2; Burnes Decl. ¶ 4.)

4. Defendant Burnes is an employee of CDCR who was assigned to California State Prison, Corcoran as a Correctional Sergeant supervising Facility 4A, which includes housing unit 4A1R, during the events alleged in this lawsuit. (TAC at 3; Burnes Decl. ¶¶ 2-3.)

5. Defendant Burnes was not working on March 9, 2019, when Romero's body was discovered and photographed; Burnes was on vacation from 10:00 p.m. on March 7, 2019, through March 24, 2019, and did not go to California State Prison, Corcoran at all during that time frame. (Burnes Decl. ¶ 5; Duggan Decl. ¶ 3 & Ex. A (RFA No. 4).)

6. Defendant Burnes was not present when inmate Romero's body was found and did not return from my vacation until after the scene had been processed and cleaned. (Burnes Decl. ¶ 6; Duggan Decl. ¶ 3 & Ex. A (RFA No. 4).)

7. Defendant Burnes did not participate in the investigation of the scene in any way, did not take any photographs of Romero's body or of the scene, and did not permit others to take photographs of Romero's body or the scene. (Burnes Decl. ¶ 6; Duggan Decl. ¶ 3 & Ex. A (RFA Nos. 1, 2, 3, 5, 6.).)

8. Defendant Burnes has never viewed, possessed, shared, distributed, disclosed, or disseminated any images of the scene or of Romero's body. (Burnes Decl. ¶ 7; Duggan Decl. ¶ 3 & Ex. A (RFA Nos. 1, 2, 3, 5, 6.).)

9. Defendant Burnes has never allowed or caused images of Romero's body or the scene to be leaked to the public or posted on the internet. (Burnes Decl. ¶ 7; Duggan Decl. ¶ 3 & Ex. A (RFA Nos. 1, 2, 3, 5, 6.).)

10. Defendant Burnes has never discussed images of the scene with any CDCR employee or any other person and has never seen images of the scene in the media or on the internet. (Burnes Decl. ¶ 7; Duggan Decl. ¶ 3 & Ex. A (RFA Nos. 1, 2, 3, 5, 6.).)

11. Defendant Burnes has never known or allowed any employee under my supervision to view, possess, share, or distribute any images of Romero's body or the scene. (Burnes Decl. ¶ 7; Duggan Decl. ¶ 3 & Ex. A (RFA Nos. 1, 2, 3, 5, 6.).)

Dated: August 14, 2026

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General

**/S/ DAVID E. KUCHINSKY**

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendant J. Burnes*

SA2021304683
95734264.docx

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares v. Joseph Burns, et al.** No. **1:21-CV-01349-LHR-FJS**

I hereby certify that on August 14, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. DUGGAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. BURNES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 14, 2026, at Fresno, California.

| J. Vinton | ***/s/ J. Vinton*** |
|---|---|
| Declarant | Signature |

SA2021304683
95734276.docx