ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JOSEPH BURNES, et al.,**<br><br>Defendants. | 1:21-CV-01349-LHR-FJS<br><br>**DECLARATION OF J. DUGGAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Lee. H. Rosenthal<br>Trial Date: Not set.<br>Action Filed: September 8, 2021 |

I, J. Duggan, hereby declare:

1. I am a member of the California State Bar, admitted to practice before this Court, and employed by the Office of the Attorney General of the State of California as a Deputy Attorney General. I am the attorney of record for Defendant Burnes in this matter.

2. On October 11, 2024, I caused to be served Defendant Burnes's First Set of Requests for Admissions on Plaintiff Dora Solares. A true and correct copy of the Requests for Admissions are attached hereto as Exhibit A.

3. To date, I have not received any responses to Defendant Burnes's First Set of Requests for Admissions from Plaintiff.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed: August 14, 2026, at Sacramento, California.

/s/ J. Duggan

J. Duggan
Deputy Attorney General
*Attorney for Defendant J. Burnes*

SA2021304683
95734265.docx

# EXHIBIT A

**From:** Giomara Guardado
**To:** justin@sterlingdefense.com; Erin@erindarlinglaw.com
**Cc:** Jeremy Duggan
**Subject:** Solares, Dora v. Joseph Burns, et al No. 1:21-CV-01349-JLT-BAM
**Date:** Friday, October 11, 2024 6:57:16 PM
**Attachments:** Solares_Burnes RFA to pl (ja).pdf
Solares_Burnes rogs to pl (ja).pdf
Solares_Burnes RPD to pl (ja).pdf

---

Counsel,

Please find the attached documents related to the above-captioned matter:

1. **DEFENDANT BURNES'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF SOLARES;**
2. **DEFENDANT BURNES'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SOLARES;**
3. **DEFENDANT BURNES'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF SOLARES**

Respectfully,

Giomara Guardado
Legal Secretary
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Giomara.Guardado@doj.ca.gov
Direct Line: 415-510-3461
Fax: (415) 703-5480

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6008
Fax: (916) 324-5205
E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Joseph Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JOSEPH BURNS, et al.,**<br><br>Defendant. | 1:21-CV-01349-JLT-BAM<br><br>**DEFENDANT BURNES'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF SOLARES** |

**PROPOUNDING PARTY:** **DEFENDANT BURNES**

**RESPONDING PARTY:** **PLAINTIFF SOLARES**

**SET NO.:** **ONE**

Defendant Burnes demands that Plaintiff Solares responds to the following Requests for Admissions under Federal Rule of Civil Procedure 36 by admitting or denying the truth of the Requests for Admissions below within thirty days of the date of service of these requests.

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 1:**

Defendant Burnes did not take any images (including photographs and electronic images) of Luis Romero's remains.

**REQUEST FOR ADMISSION NO. 2:**

Defendant Burnes never possessed any images (including photographs and electronic images) of Luis Romero's remains.

**REQUEST FOR ADMISSION NO. 3:**

Defendant Burnes never shared any images (including photographs and electronic images) of Luis Romero's remains.

**REQUEST FOR ADMISSION NO. 4:**

Defendant Burnes was not at California State Prison, Corcoran on March 9, 2019.

**REQUEST FOR ADMISSION NO. 5:**

No act or omission on the part of Defendant Burnes caused any photo of Luis Romero to be published online.

**REQUEST FOR ADMISSION NO. 5:**

No act or omission on the part of Defendant Burnes caused any photo of Luis Romero to be shared.

**REQUEST FOR ADMISSION NO. 6:**

You changed your residence from Guatemala to the United States in 1985.

**REQUEST FOR ADMISSION NO. 7:**

When you relocated to the United States in 1985, Luis Romero remained in Guatemala.

**REQUEST FOR ADMISSION NO. 8:**

When you relocated to the United States in 1985, Luis Romero was ten or eleven years old.

**REQUEST FOR ADMISSION NO. 9:**

Luis Romero remained in Guatemala until 1990.

**REQUEST FOR ADMISSION NO. 10:**

In December 1992, Luis Romero was convicted of murder, which is a felony.

**REQUEST FOR ADMISSION NO. 11:**

In January 1992, Luis Romero murdered Maggie Salinas, a fifteen-year-old girl.

**REQUEST FOR ADMISSION NO. 12:**

In 2015, Luis Romero was convicted of resisting or deterring an executive officer, which is a felony.

**REQUEST FOR ADMISSION NO. 13:**

You did not visit Luis Romero in prison in the five years that preceded his death.

Dated: October 11, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

***/s/Jeremy Duggan***
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Joseph Burnes*

SA2021304683

**DECLARATION OF SERVICE BY E-MAIL**

Case Name: ***Dora Solares v. Joseph Burns, et al.***
No.: **1:21-CV-01349-JLT-BAM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On October 11, 2024, I served the attached

**DEFENDANT BURNES'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF SOLARES**

by transmitting a true copy via electronic mail, addressed as follows:

Erin R. Darling, Esq.
Law offices of Erin Darling
**E-mail Address:**
Erin@erindarlinglaw.com
***Attorney for Plaintiff***

Justin E. Sterling
Law offices of Justin E. Sterling
**E-mail Address:**
justin@sterlingdefense.com
***Attorney for Plaintiff***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 11, 2024, at San Francisco, California.

| | |
|---|---|
| G. Guardado | G. Guardado |
| Declarant | Signature |

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares v. Joseph Burns, et al.** No. **1:21-CV-01349-LHR-FJS**

I hereby certify that on August 14, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. DUGGAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. BURNES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 14, 2026, at Fresno, California.

| | |
|---|---|
| J. Vinton | ***/s/ J. Vinton*** |
| Declarant | Signature |

SA2021304683
95734276.docx