ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant J. Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br>Plaintiff,<br>**v.**<br>**JOSEPH BURNES, et al.,**<br>Defendants. | 1:21-CV-01349-LHR-FJS<br>**DECLARATION OF J. BURNES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>Judge: Hon. Lee. H. Rosenthal<br>Trial Date: Not set.<br>Action Filed: September 8, 2021 |

I, J. Burnes, hereby declare:

1. I have personal knowledge of the facts set forth in this declaration. I am competent to testify to the matters set forth in this declaration, and if called upon by the Court, I would do so.

2. During March 2019, I was employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Sergeant at California State Prison – Corcoran, which is located in Corcoran, California. I was assigned as the sergeant for Facility 4A Building 1, which was a long-term restricted housing unit at the time.

3. As a Correctional Sergeant for Facility 4A Building 1, my responsibilities included supervision of the correctional staff and inmates assigned to the unit, ensuring that staff maintained the daily schedule, followed institutional policies, and offered programming and

services to the inmate population. I interacted with the inmate population and CDCR staff on a daily basis and handled inmate grievances and inmate disciplinary processes. I responded to incidents that occurred in the unit and oversaw other staff in their responses to incidents.

4. I am aware that Plaintiff alleges that I have seen, possessed, shared, distributed, disclosed, and disseminated images of inmate Luis Romero's body and the crime scene from March 9, 2019. These allegations are not true.

5. I was on vacation from the end of third watch (10:00 p.m.) on March 7, 2019, through March 24, 2019, and was not at California State Prison, Corcoran at any point during that time.

6. Luis Romero's body was discovered on the morning of March 9, 2019, inside of his cell. I was not present when inmate Romero's body was found and did not return from my vacation until after the scene had been processed and cleaned. I did not participate in the investigation of the scene in any way, did not take any photographs of Romero's body or of the scene, and did not permit others to take photographs of Romero's body or the scene.

7. I have never viewed, possessed, shared, distributed, disclosed, or disseminated any images of the scene or of Romero's body. I have never allowed or caused images of Romero's body or the scene to be leaked to the public or posted on the internet. I have never discussed images of the scene with any CDCR employee or any other person and have never seen images of the scene in the media or on the internet. I have never known or allowed any employee under my supervision to view, possess, share, or distribute any images of Romero's body or the scene.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed: August 14, 2026, at Corcoran, California.

______________________________

J. Burnes

SA2021304683
39853164

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares v. Joseph Burns, et al.** No. **1:21-CV-01349-LHR-FJS**

I hereby certify that on August 14, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. DUGGAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF J. BURNES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 14, 2026, at Fresno, California.

| | |
|---|---|
| J. Vinton | ***/s/ J. Vinton*** |
| Declarant | Signature |

SA2021304683
95734276.docx