Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:21-cv-01349-LHR<br><br>**STIPULATION TO DISMISS A SINGLE DEFENDANT JOSEPH BURNES**<br><br>**Judge: Hon. Lee H. Rosenthal** |

**TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:**

The parties stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court dismiss the action with prejudice as to defendant Sergeant Joseph Burnes only, no other defendant, each side (Plaintiff Dora Solares and Defendant Joseph Burnes) to bear its own fees and costs.

LAW OFFICES OF ERIN DARLING

By: *_/s/ Erin Darling_*
Erin Darling,
Attorneys for Plaintiff
Dora Solares

Dated: September 1, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY GOLDMAN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney Genera
/s/
DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendant J. Burnes*

Dated: September 1, 2026

**ANDRADA & ASSOCIATES**

By *[/s/ J. Randall Andrada](https://www.bing.com/search?q=%22%2Fs%2F+J.+Randall+Andrada%22)*
J. RANDALL ANDRADA
Attorneys for Defendant
E. BEAM

Dated: September 1, 2026

KJAR, MCKENNA & STOCKALPER, LLP

By: *[/s/ Molshree Gupta](https://www.bing.com/search?q=%22%2Fs%2F+Molshree+Gupta%22)*
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendant, JACOB FUGATE

Dated: October 2, 2026

Hon. Lee Rosenthal
Senior United States District Judge