PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant, **JACOB FUGATE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES,

Plaintiff,

v.

JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities,

Defendants.

**Case No.: 1:21-cv-01349-LHR (FJSx)**

**DEFENDANT, JACOB FUGATE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND OR IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION**

*[Filed concurrently with the Memorandum of Points and Authorities; Separate Statement of Undisputed Material Facts; ; Declaration of Jacob Fugate; Declaration of Molshree Gupta; [Proposed] Order]*

Action Filed: September 8, 2021
Pretrial Conference: XXX
Trial Date: XXX

Assigned to:
Hon. Lee H. Rosenthal, District Judge

**TO THE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that Defendant Fugate moves for an order under Rule 56 of the Federal Rules of Civil Procedure to grant summary judgment or, alternatively, summary adjudication against Plaintiff and for Defendant Fugate on all claims against Defendant Fugate on the grounds that there is no evidence that he disseminated, published, or otherwise caused crime or death scene images to be in the public domain. Additionally, there is no evidence that Defendant Fugate caused Plaintiff's injuries. As such, no reasonable trier of fact could find in favor of Plaintiff for her claims against Defendant Fugate.

This Motion is based on this Notice of Motion and Motion; Defendant's Statement of Undisputed Facts; the Memorandum of Points and Authorities; the declarations and exhibits attached in support of the Motion; the pleadings and records on file in this case; and such other matters as may properly come before this Court. Counsel for Defendant Fugate sent a meet and confer letter to Plaintiff's counsel on October 23, 2026, and counsel for Plaintiff and Defendant Fugate met and conferred by telephone for about 25-30 minutes on October 29, 2026, but were unable to come to an agreement, which necessitated Defendant's filing of this motion. (*See* Declaration of Molshree Gupta, ¶¶ 16-17.)

In accordance with Judge Rosenthal's Court Procedure Number 6, this motion will be decided without a hearing unless a hearing is deemed necessary by the Court.

Dated: November 6, 2025 KJAR, MCKENNA & STOCKALPER, LLP

By: ______________________________
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendant, **JACOB FUGATE**

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On November 6, 2026, I served the foregoing document described as ***DEFENDANT, JACOB FUGATE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND OR IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION*** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

By Mail I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX By Email Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

By Personal Service I caused such document to be Personally Served on the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 6, 2026, at El Segundo, California.

Maria Nixon

**SERVICE LIST**
628-6
*Solares v Burnes, et al*

Lynne Stocker Andrada & Associates
E-mail Address: lstocker@andradalaw.com
spadilla@andradalaw.com
*Attorney for Defendant Beam*

Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
5760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230
*Attorneys for Plaintiff DORA SOLARES*