PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant, **JACOB FUGATE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES,

Plaintiff,

v.

JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities,

Defendants.

**Case No.: 1:21-cv-01349-LHR (FJSx)**

**DECLARATION OF JACOB FUGATE**

Action Filed: September 8, 2021
Pretrial Conference: XXX
Trial Date: XXX

Assigned to:
Hon. Lee H. Rosenthal, District Judge

# DECLARATION OF JACOB FUGATE

I, JACOB FUGATE, declare as follows:

1. I submit this Declaration in support of my Motion for Summary Judgment or, alternatively, Summary Adjudication. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the following facts.

2. On March 2, 2026, I responded to Plaintiff's Request for Admission (hereinafter, "RFA") No. 8, which asked me to admit that I "shared photographs of the crime scene [] from March 9, 2019," with a denial. A true and correct copy of my responses to Plaintiff's RFAs is submitted herewith as **Exhibit B**. I also responded to Plaintiff's RFA No. 9, which asked me to admit that I "texted photographs of the crime scene [] from March 9, 2019," with a denial.

3. At my deposition on July 17, 2026, Plaintiff's counsel did not ask me whether I shared, texted, emailed, distributed, transmitted, disseminated, or otherwise caused the publication of any images of the scene or of Decedent's body. A true and correct copy of pertinent portions of my Deposition transcript is submitted herewith as **Exhibit A**.

4. *If asked*, I would have testified, *and now declare*, that I did not share, text, email, distribute, transmit, disseminate, or otherwise cause the publication of any images of the scene or of Decedent's body.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026, at Corcoran, California.

Jacob Fugate (Nov 5, 2026 13:00:28 PST)

Jacob Fugate, Declarant

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On November 6, 2026, I served the foregoing document described as ***DECLARATION OF JACOB FUGATE*** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

By Mail I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX By Email Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

By Personal Service I caused such document to be Personally Served on the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 6, 2026, at El Segundo, California.

Maria Nixon

# SERVICE LIST

628-6

*Solares v Burnes, et al*

Lynne Stocker Andrada & Associates
E-mail Address: lstocker@andradalaw.com
spadilla@andradalaw.com
*Attorney for Defendant Beam*

Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
5760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230
*Attorneys for Plaintiff DORA SOLARES*