# EXHIBIT D

**Molshree Gupta**

**From:** Erin Darling <erin@erindarlinglaw.com>
**Sent:** Friday, June 19, 2026 1:39 PM
**To:** Molshree Gupta
**Cc:** Maria L. Nixon; Jeremy Duggan; David Kuchinsky; Lynne Stocker; Sherry Padilla; Law Offices of Justin E. Sterling
**Subject:** Re: Solares II - Verizon Subpoena

I disagree and will not be withdrawing the subpoena. Also, your objections are not the source of the scope of Plaintiff's request.

-Erin
Law Offices of Erin Darling
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 736-2230
ErinDarlingLaw.com

On Fri, Jun 19, 2026 at 1:32 PM Molshree Gupta <mgupta@kmslegal.com> wrote:

Our further response to interrogatory no. 1 sets forth the specific agreements made regarding the scope of the subpoena for Defendant Fugate; the subpoena does not comport with either the substantive or temporal scope agreed upon.

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Erin Darling <erin@erindarlinglaw.com>
**Sent:** Friday, June 19, 2026 1:27 PM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Maria L. Nixon <mnixon@kmslegal.com>; Jeremy Duggan <Jeremy.Duggan@doj.ca.gov>; David Kuchinsky <David.Kuchinsky@doj.ca.gov>; Lynne Stocker <lstocker@andradalaw.com>; Sherry Padilla

<spadilla@andradalaw.com>; Law Offices of Justin E. Sterling <justin@sterlingdefense.com>
**Subject:** Re: Solares II - Verizon Subpoena

How does it not comport? It is to be served on your office, not mine.

-Erin

Law Offices of Erin Darling

3435 Wilshire Blvd., Suite 2910

Los Angeles, CA 90010

(323) 736-2230

ErinDarlingLaw.com

On Fri, Jun 19, 2026 at 1:11 PM Molshree Gupta <mgupta@kmslegal.com> wrote:

Good afternoon, Mr. Darling:

This subpoena does not comport with the representations and agreements at the most recent Pre-Motion Conference on June 8, 2026. Please confirm that it will be withdrawn, if served, and amended in accord with the Court's order as to the scope of your subpoena.

Thanks,

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Erin Darling <erin@erindarlinglaw.com>
**Sent:** Friday, June 19, 2026 1:08 PM
**To:** Molshree Gupta <mgupta@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>; Jeremy Duggan <Jeremy.Duggan@doj.ca.gov>; David Kuchinsky <David.Kuchinsky@doj.ca.gov>; Lynne Stocker <lstocker@andradalaw.com>; Sherry Padilla <spadilla@andradalaw.com>
**Cc:** Law Offices of Justin E. Sterling <justin@sterlingdefense.com>
**Subject:** Solares II - Verizon Subpoena

Please see attached.

-Erin

Law Offices of Erin Darling

3435 Wilshire Blvd., Suite 2910

Los Angeles, CA 90010

(323) 736-2230

ErinDarlingLaw.com