# EXHIBIT E

PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant, **JACOB FUGATE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities,<br><br>Defendants. | **Case No.: 1:21-cv-01349-LHR (FJSx)**<br><br>**DEFENDANT, JACOB FUGATE'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS TO VERIZON**<br><br>Action Filed: September 8, 2021<br>Pretrial Conference: XXX<br>Trial Date: XXX<br><br>Assigned to:<br>Hon. Lee H. Rosenthal, District Judge |

**TO THE COURT AND TO ALL PARTIES:**

Under Federal Rule of Civil Procedure 45(d)(2)(B), Defendant, Jacob Fugate ("Fugate") hereby objects to the subpoena served by Plaintiff on June 19, 2026 in the above-captioned matter.

///

## GENERAL OBJECTIONS

Defendant Fugate generally objects to the following "DEFINITIONS AND INSTRUCTIONS" included at pp. 2-3 of the Subpoena:

1. The definition of "**Communication**" is overbroad and violative of the Court's June 8, 2026, Pre-Motion Conference Order in that it includes "telephone calls" and "voicemail[s]", as well as "text messages" and "SMS messages", which would not include any responsive information ordered by the Court.
2. The definition of "**Content**" is overbroad and violative of the Court's June 8, 2026, Pre-Motion Conference Order in that it includes "any Communication, including but not limited to the text, … audio, or video comprising or attached to such Communication", which would not include any responsive information ordered by the Court.
3. The definition of " **Subject Numbers**" is overbroad and violative of the Court's June 8, 2026, Pre-Motion Conference Order in that it includes "cellular telephone numbers … associated with Rubio… [and] associated with Morelock…" The Court's June 8, 2026, Pre-Motion Conference Order did not authorize such information to be produced to Defendant Fugate's counsel.
4. The definition of "**Relevant Period**" is overbroad and violative of the Court's June 8, 2026, Pre-Motion Conference Order in that the Court only ordered the production of records from March 2019 to March 2024.

## OBJECTIONS TO SPECIFIC REQUESTS OF DOCUMENTS

**REQUEST NO. 1 — Subscriber Information**

All subscriber account information associated with each Subject Number, including: the account holder's name, account numbers, account status (active/inactive), account open and close dates.

///

///

**OBJECTIONS TO REQUEST NO. 1:**

Objection: This request is vague, ambiguous, and overbroad as to "subscriber account information". This request is objectionable in that it requests information protected by the right guaranteed by the California Constitution and the United States Constitution, First and Fourteenth Amendments.

**REQUEST NO. 2 — Call and Message Detail Records (Metadata)**

All call detail records (CDRs) and message detail records (MDRs) for each Subject Number during the Relevant Period, including: originating number, terminating number, date and time of each call or message, duration of calls, message type (SMS/MMS/other), number of messages sent and received, and any associated file size or attachment indicators.

**OBJECTIONS TO REQUEST NO. 2:**

Objection: This request is vague, ambiguous, and overbroad as to "call detail records (CDRs)," "call," "SMS", in that it seeks the production of records and information which were not ordered by the Court. This request is objectionable in that it requests information protected by the right guaranteed by the California Constitution and the United States Constitution, First and Fourteenth Amendments.

**REQUEST NO. 3 — MMS and Picture/Video Message Content**

To the extent Verizon has retained the content (payload) of any MMS, picture, or video messages sent or received by any Subject Number during the Relevant Period — including images, photographs, video files, audio files, and any attachments — all such content. If Verizon's retention policy does not preserve MMS content beyond a specified period, please provide a written statement identifying the applicable retention schedule and confirming the date through which any such content may remain accessible.

///

**OBJECTIONS TO REQUEST NO. 3:**

Objection: This request is vague, ambiguous, and overbroad as to "video messages," "video files, audio files," "SMS", in that it seeks the production of records and information which were not ordered by the Court. This request is objectionable in that it requests information protected by the right guaranteed by the California Constitution and the United States Constitution, First and Fourteenth Amendments.

**REQUEST NO. 4 — Preservation Notice Acknowledgment**

Written confirmation of whether Verizon has received any prior preservation request, litigation hold notice, or legal process concerning any Subject Number, and the date of any such request and the scope of records subject to preservation.

**OBJECTIONS TO REQUEST NO. 4:**

This request is objectionable in that it requests information protected by the right guaranteed by the California Constitution and the United States Constitution, First and Fourteenth Amendments.

Dated: June 26, 2026 KJAR, MCKENNA & STOCKALPER, LLP

By: Molshreegupta
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendant, **JACOB FUGATE**

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On June 26, 2026, I served the foregoing document described as ***DEFENDANT, JACOB FUGATE'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS TO VERIZON*** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

By Mail I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX By Email Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

By Personal Service I caused such document to be Personally Served on the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 26, 2026, at El Segundo, California.

Maria Nixon

**SERVICE LIST**
628-6
*Solares v Burnes, et al*

Jeremy Duggan and David Kuchinksy, Deputies Attorney General
State of California, Department of Justice
Email address: Jeremy.Duggan@doj.ca.gov; David.Kuchinsky@doj.ca.gov
*Attorney for Defendant Burnes*

Lynne Stocker Andrada & Associates
E-mail Address: lstocker@andradalaw.com
spadilla@andradalaw.com
*Attorney for Defendant Beam*

Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
5760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230
*Attorneys for Plaintiff DORA SOLARES*

Verizon Wireless Via Federal Express
c/o CT CORPORATION
300 North Brand Blvd., Ste. 700
Glendale, CA 91203
*Non-Party Witness*