# EXHIBIT F

**Molshree Gupta**

**From:** Erin Darling <erin@erindarlinglaw.com>
**Sent:** Monday, October 19, 2026 11:58 AM
**To:** Molshree Gupta
**Cc:** Randy Andrada; Lynne Stocker; Sherry Padilla; Maria L. Nixon; Patrick Stockalper
**Subject:** Re: Solares 2 - revised subpoenas

Hi Ms. Gupta-

The revised subpoena response was not served and Verizon has not provided responsive documents.

Best,

-Erin
Law Offices of Erin Darling
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 736-2230
ErinDarlingLaw.com

On Wed, Oct 14, 2026 at 2:43 PM Molshree Gupta <mgupta@kmslegal.com> wrote:

Good afternoon, Erin:

As a follow-up to our meet and confer yesterday – we approved the "revised" subpoena to Verizon almost 3 months ago. However, we have no indication that it was ever served to Verizon. Despite being the receiving party, Verizon will not tell us anything about this subpoena.

May you please advise whether this subpoena was served? If served, what response (if any) have you had from Verizon? Please share with us.

Thanks,

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Molshree Gupta <mgupta@kmslegal.com>
**Sent:** Thursday, July 16, 2026 9:16 AM
**To:** Randy Andrada <randrada@andradalaw.com>; 'Erin Darling' <erin@erindarlinglaw.com>
**Cc:** 'Lynne Stocker' <lstocker@andradalaw.com>; 'Sherry Padilla' <spadilla@andradalaw.com>; 'Jeremy Duggan' <Jeremy.Duggan@doj.ca.gov>; Maria L. Nixon <mnixon@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>
**Subject:** Re: Solares 2 - revised subpoenas

Good morning:

The revised subpoena to Fugate looks good to me. Thanks, Erin.

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Randy Andrada <randrada@andradalaw.com>
**Sent:** Thursday, July 16, 2026 8:41 AM
**To:** 'Erin Darling' <erin@erindarlinglaw.com>
**Cc:** Molshree Gupta <mgupta@kmslegal.com>; 'Lynne Stocker' <lstocker@andradalaw.com>; 'Sherry Padilla' <spadilla@andradalaw.com>; 'Jeremy Duggan' <Jeremy.Duggan@doj.ca.gov>; Maria L. Nixon

<mnixon@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>
**Subject:** RE: Solares 2 - revised subpoenas

Hello--- I received the revised SDTs---I will respond as soon as I am able to do so. Thanks RA

---

**From:** Erin Darling [mailto:erin@erindarlinglaw.com]
**Sent:** Wednesday, July 15, 2026 10:37 PM
**To:** Randy Andrada
**Cc:** Molshree Gupta; Lynne Stocker; Sherry Padilla; Jeremy Duggan; Maria L. Nixon; Patrick Stockalper
**Subject:** Re: Solares 2 - revised subpoenas

Thank you for the edits. Please see revised proposed versions attached.

-Erin

Law Offices of Erin Darling

3435 Wilshire Blvd., Suite 2910

Los Angeles, CA 90010

(323) 736-2230

ErinDarlingLaw.com

On Wed, Jul 15, 2026 at 4:31 PM Randy Andrada <randrada@andradalaw.com> wrote:

> Hello----There is one number that falls within the category of Subject Number. However, you refers to "Subject Numbers" in category 1. You refer to "any Subject Number" in category 3. You refer to "any Subject Number" in category 4. Please change those references so that they refer to a singular Subject Number." Thank you. RA
>
> ---
>
> **From:** Molshree Gupta [mailto:mgupta@kmslegal.com]
> **Sent:** Wednesday, July 15, 2026 3:33 PM

**To:** Randy Andrada; 'Erin Darling'; 'Lynne Stocker'; 'Sherry Padilla'
**Cc:** 'Jeremy Duggan'; Maria L. Nixon; Patrick Stockalper
**Subject:** RE: Solares 2 - revised subpoenas

Mr. Darling:

Please see my proposed edits to Version 2 of the subpoena, attached. All proposed edits are highlighted for your ease of reference.

I note a couple of things:

1) The definition of “Content” still includes “audio” and “video”, when those are not at issue in this litigation; there is no allegation that audio/video of the crime scene were leaked.

    a. As I could not figure out how to strikethrough, I underlined all places where “audio” and “video”

2) Request No. 2:

    a. Still includes “call detail records (CDRs)” when calls are not being requested.

    b. Also, the MDRs being requested need to be limited for only those “communications” which are being requested – so I included that

        i. See in highlight

3) Request No. 3:

    a. Again includes “video files, audio files”

        i. I have requested those be removed.

If you are okay wih making the proposed edits, we are okay to proceed.

Thanks,

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Randy Andrada <randrada@andradalaw.com>
**Sent:** Wednesday, July 15, 2026 3:03 PM
**To:** 'Erin Darling' <erin@erindarlinglaw.com>; Molshree Gupta <mgupta@kmslegal.com>; 'Lynne Stocker' <lstocker@andradalaw.com>; 'Sherry Padilla' <spadilla@andradalaw.com>
**Cc:** 'Jeremy Duggan' <Jeremy.Duggan@doj.ca.gov>
**Subject:** RE: Solares 2 - revised subpoenas

Hello---I was in Visalia at the time you sent this email. I do not believe you mentioned it on Tuesday. I returned to my office today... I will give this matter my prompt attention. Please "hold off' contacting Verizon for a few days. Thank you. Randy

---

**From:** Erin Darling [mailto:erin@erindarlinglaw.com]
**Sent:** Monday, July 13, 2026 3:33 PM
**To:** Molshree Gupta; randrada@andradalaw.com; Lynne Stocker; Sherry Padilla
**Cc:** Jeremy Duggan
**Subject:** Solares 2 - revised subpoenas

Ms. Gupta and Mr. Andrada-

Attached are revised attachments to proposed subpoenas to Verizon. I have made changes pursuant to the conversation that I had with Ms. Gupta yesterday. Please confirm that you have no other proposed edits and that you will not object to any subpoena to Verizon, for your respective client's records, with these as attachments.

Best,

-Erin

Law Offices of Erin Darling

3435 Wilshire Blvd., Suite 2910

Los Angeles, CA 90010

(323) 736-2230

ErinDarlingLaw.com