# EXHIBIT G

**Emin Gharibian, Psy.D.**
Forensic Psychology and Neuropsychology
Email: drgharibian@verdugopsych.com

2930 Foothill Blvd.
La Crescenta, CA 91214
Tel: 818-253-1161

# PSYCHOLOGICAL EVALUATION

## IDENTIFYING INFORMATION:

**Name:** Dora Solares
**Date of Birth:** 6/12/1954
**Age:** 72

**Date of Evaluation:** 8/12/2026
**Date of Report:** 8/13/2026
**Attorney:** Justin Sterling, Esq.

## REASON FOR REFERRAL:

Ms. Solares is a 72-year-old female who was referred for psychological evaluation. She is a plaintiff in a civil lawsuit. Her adult son was murdered in state prison, and the images of the crime scene and his remains were leaked and posted online, resulting in Ms. Solares seeing them. An evaluation was requested to determine the psychological impact of these events.

## STATEMENT OF NON-CONFIDENTIALITY:

I prefaced the examination with a short discussion of the purpose of today's examination. I told her I had reviewed all the information sent to our office from the referring party. I explained that I would take a detailed history from her, perform a thorough examination, and send the report to the requesting third party. I clarified that this examination process assumes no doctor-patient relationship and that my role is not to provide any treatment intervention.

I explained that there were additional limits to confidentiality, including the following: If she discloses information regarding child or vulnerable adult abuse, or if she is at risk of harming herself or someone else, I am mandated to report that information to the appropriate authorities to promote her safety and the safety of others. She verbalized an understanding of these stipulations. We agreed to proceed after discussing these stipulations and offering to answer her questions.

## EVALUATION PROCEDURES:

- **Interview with the following:**
  - Video interview with Ms. Solares on 8/12/2026. I was assisted by a Spanish language interpreter, Shannon Murphy (300795).
- **Administration and interpretation of the following tests:**
  - Minnesota Multiphasic Personality Inventory, 3rd edition (MMPI-3)
- **Review of the following medical records:**
  - Cyti Psychological Progress Note by Sterling Funk, LMFT, dated 3/27/2026
  - Kaiser Permanente Progress Note by Lisette Arredondo Valencia, PA, dated 3/27/2026
- **Review of the following legal records:**

- Letter by Justin Sterling and Erin Darling, dated 2/10/2021
- Deposition Transcript of Dora Solares, dated 12/3/2024
- First Amended Complaint dated 4/29/2024
- Fifth Amended Complaint dated 2/26/2025

**REVIEW OF THE RELEVANT MEDICAL RECORDS:**

Per the Cyti Psychological Progress Note by Sterling Funk, LMFT, dated 3/27/2026, she was in treatment from 2/12/2026 to 3/27/2026. The plan was to continue with treatment. The primary focus of treatment was on addressing symptoms associated with depression and trauma.

Per the Kaiser Permanente Progress Note by Lisette Arredondo Valencia, PA, dated 3/27/2026, she began treatment on 3/20/2026. She was diagnosed with Unspecified Anxiety Disorder. Her next scheduled visit was for 4/8/2026.

**SELF-REPORTED RELEVANT HISTORY BEFORE LITIGATION:**

**Family/ Social History:** Ms. Solares was born and raised in Guatemala. She grew up with her mother and father. She grew up with two brothers and two sisters. She did not report ever being the victim of any physical, sexual, or emotional abuse.

She moved to the United States when she was 31 years old. She had a brother here, and she came to stay with him and start a new life. She got married when she was 33 years old. She is still married to him. They had two children together (Dora and Benita). She had Luis while living in Guatemala, from another relationship. He came to the United States in 1987 when he was around 16 years old.

Ms. Solares reported that Luis was incarcerated in state prison in 1991. She believes he was maybe 17 years old when he was incarcerated in state prison, but she was not sure of his age. She was visiting him often when he was first incarcerated. She was not able to see him in person as often once he was relocated to a prison that was further away. She could not recall when this was since it has been many years.

She continued to maintain contact with him by phone, but they stopped talking around 1997. She was not sure why, but he started writing to her, and she started writing to him. They continued to maintain contact via letters. There was a period when he was at a prison in Lancaster, and she could visit him around 2006.

There was another period when he was in San Diego, and she could not travel there to visit him. She was unable to visit him at Corcoran because the prison was too far away. At the time of his death, she had not seen him in person since 2006. They were still communicating via letters, and she would send him packages. Ms. Solares was still living with her husband and children when he passed away.

**Developmental History**: Ms. Solares did not report any history of developmental delays.

**Educational and Occupational History:** Ms. Solares only completed grade school in Guatemala and stopped attending school in the 6th grade. Ms. Solares reported that while living in Guatemala, she worked in the clothing manufacturing industry. When she moved to the United States, she was working at a childcare facility until she got married. She stopped working once she got married. She would help take care of her daughter's children and also volunteered at her church.

**Psychiatric History:** Ms. Solares did not report any history of mental health treatment before Luis was murdered. She did not report any history of suicidal ideation, suicide attempts, or self-harm behaviors. She did not report any history of mental health issues such as depression or anxiety prior to Luis being murdered.

Ms. Solares reported an additional death in the family when her grandson died in an accident in 2009 (in her deposition, she mentioned it was in 2013). She felt a sense of sadness since it was a child. She attended a Christian church and would talk to God, which helped with her sadness.

**Medical History:** Ms. Solares was diagnosed with diabetes in 2007. Ms. Solares started to take medications at the end of 2007. She had an operation on her pancreas, which led her to develop diabetes. She reported that her diabetes was better managed on metformin and insulin. She reported that in 2020, she lost consciousness due to her blood sugar not being under control but was never in a coma.

**Substance Abuse History:** Ms. Solares did not report any history of substance abuse prior to Luis passing away. She was not drinking prior to Luis passing away.

**PLAINTIFF'S ACCOUNT OF THE EVENTS THAT PRECIPITATED LITIGATION:**

Ms. Solares reported that Luis passed away on 3/9/2019. She got a phone call from the prison at her house saying that he had passed away. They did not share details about his passing. They had a funeral for him in Los Angeles, but she was not aware that he was murdered. They did not tell her details about his death.

She found out that he was murdered on the news. She was already struggling with the loss at that point and could not remember the day but believes it was sometime in 2020. She learned that he was killed and decapitated into many pieces. She could not recall when she learned about the photos being posted online since she was "not doing okay" and struggling with the loss.

**IMMEDIATE IMPACT AND AFTERMATH OF EVENTS:**

When Ms. Solares learned about his death, she was feeling "very bad". She stated that her diabetes got worse. Her blood sugar was elevated, and her blood pressure was high. She was feeling depressed, sad, and was not able to sleep. When she saw the photos online, she started to feel anxious and was having nightmares.

The legal records that were provided included images of the crime scene where the murder occurred. This included her son's bloody, decapitated head on a table in the cell as well as the killer wearing her son's organs as jewelry around his neck.

She was losing more weight; her blood pressure went up to 180, and her sugar went up to level 10. She had no appetite and could not eat. Ms. Solares stated that she would think about the photos and the pictures online, and they were running through her mind. While she reported feeling depressed, she did not report any suicidal ideation or attempts. She continued to have issues with her blood sugar but was never told why it would fluctuate.

Ms. Solares stated that she has felt depressed since he passed away. When asked about details, she has struggled with a "lot of sadness". She thinks about what happened she will feel "bad". She reported issues with appetite and sleep when she would think about what happened to him. She stated that it has been a chronic issue for her over the past several years.

Ms. Solares stated that in February 2026, she went to the doctor and saw that her blood pressure and sugar were high. She was losing a lot of weight. She was having issues with her sleep and that her "nerves were really bad". Ms. Solares reported thinking about the photos that were posted online. She had not seen them again, but was still thinking about the ones she had seen years earlier.

Her medical doctor referred her to meet with a psychologist (Sterling Funk), and she started therapy in February 2026. They would do video calls, and they were talking once a week and then every two weeks. The last time she met with him was in May 2026. He told her that their appointments had ended. Ms. Solares also began meeting with a psychiatrist through Kaiser in March 2026. She was prescribed Remeron 15 mg daily at bedtime for depression and to improve her appetite and sleep, which she continues to take.

## CURRENT FUNCTIONING AND COMPLAINTS/ SYMPTOMS:

**Family/ Social:** Ms. Solares still lives with her husband, daughter, and her children. She lives in her daughter's house.

**Medical History:** Ms. Solares reported that she is still taking metformin and insulin to help manage her diabetes. Her diabetes is more under control since she sees the doctor more often. She meets with him every three months to check her sugar.

**Psychological History:** Ms. Solares stated that she has struggled with chronic depression over the past 6-7 years. She has not seen the photos online since 2020. She feels like they were making fun of them and did not respect him or the family when they posted the photos online. Ms. Solares expressed frustration over the fact that CDCR had kept things hidden and did not report the murder, and she had to find out about it on the news.

Ms. Solares stated that she copes with her mood and sadness by crying and reading the Bible. She would also go to church and has support from other church members and the pastor. She

moved two years ago and goes to a church closer to her home once a week. Before that, she was attending her church two to three times a week before and after her son passed away.

She reported that some days she does not feel good, and others are better. What makes it worse are the memories. When she remembers things from the past, including her son, she will get sad. When asked about specific memories that cause her distress, she gave an example about thinking about saving money for her son, thinking he would get out one day, but that did not happen. She gets upset when she thinks about the officers who did not take care of Luis. She reported intrusive memories and anxiety related to the images that she saw online.

When she thinks about that, she also gets sad. She stated that he was a good son and was loving. She was hoping that he would get out one day. When she gets sad, she does not want to eat and loses her appetite. She takes her medication to help her with her sleep at night, and it has helped her sleep throughout the night. Before her medications, she could not sleep throughout the night and was tossing and turning and staying up until 5-6 AM. She would think about her son's death and the pictures, and her head would start hurting at night and during the day. She would have fluctuations in her appetite.

During the day, she continues to get depressed when she thinks about Luis or sees things that remind her of him. She would start to cry and would ask God to help her not feel sad anymore. Ms. Solares stated that she can also feel tired. She does not think about hurting or harming herself. Ms. Solares stated that when she was in treatment, she learned how to stay busy to try to cope with her emotions. She will knit, go for walks, cook, and go to the store to pass time.

**Substance Abuse History:** Ms. Solares did not report any current substance use and stated that she does not drink.

**<u>Behavioral Observations and Mental Status Examination:</u>**

Ms. Solares' evaluation was completed via telehealth. Her hygiene was adequate. She was aware of who she was, where she was, and the purpose of the evaluation. She had good insight into her problems and her current situation. Her judgment was intact, and she had good insight into her presenting problem. She was friendly and cooperative throughout the evaluation. She appeared emotional and tearful when discussing the death of her son, especially as it relates to his images being posted online.

There were no impairments in language or comprehension. Her thought process was linear and goal-directed. There were no overt impairments in memory functioning, but she had difficulty recalling dates of events from the distant past. There were no overt impairments in attention, focus, or concentration.

Her thinking was logical and easy to understand, with no evidence of a thought disorder. There was no evidence of confusion or delusional thinking. She did not report a history of auditory or visual hallucinations (e.g., hearing or seeing things in the absence of external stimuli). She spoke with an average pace and volume. There were no signs of rapid or pressured speech. She did not

report any current suicidal ideation.

**Psychological Testing Results:**

**Minnesota Multiphasic Personality Inventory, 3rd edition (MMPI-3):** Ms. Solares was administered the MMPI-3 (Spanish language version), which is a self-report inventory of adult psychopathology. This objective inventory of adult personality assesses psychopathological syndromes and provides information relevant to clinical diagnosis, treatment planning, and screening for psychopathology. Her testing profile was valid, and there were no signs of over- or under-reporting of symptoms.

She reports a general sense of malaise, with poor health and feeling tired, weak, and incapacitated. She also reported a diffuse pattern of cognitive difficulties. She also reported experiencing elevated levels of negative emotions. She also reported multiple anxiety-related experiences, including generalized anxiety, re-experiencing, and panic.

She also reports multiple fears that significantly restrict normal activity in and out of the home. Ms. Solares also reports excessive worry, including worries about misfortune and finances, as well as preoccupation with disappointments. Ms. Solares reports feeling sad and being dissatisfied with her current life circumstances. She also reports being indecisive and inefficacious.

**DIAGNOSTIC IMPRESSIONS:**

- **Persistent Depressive Disorder with Pure Dysthymic Syndrome, Moderate**
- **Other Specified Trauma and Stressor Related Disorder (Persistent Response to Trauma with PTSD Like Symptoms)**

**SUMMARY AND CONCLUSIONS:**

Ms. Solares has an unremarkable mental health history before her son was murdered. She reported feeling depressed when her grandson was killed in an accident in either 2009 or 2013; however, she never sought treatment.

She started to struggle with depression and grief when she first learned that her son died in prison in 2019. At that point, she was not aware that she was murdered. Her depression was further exacerbated, and her emotional distress became more significant approximately a year later once she learned that he was murdered.

She found out that he was murdered due to a news story and also learned that photos of his body were leaked and posted online, which she had also seen. The legal records that were provided included images of the crime scene where the murder occurred. This included her son's bloody, decapitated head on a table in the cell as well as the killer wearing her son's organs as jewelry around his neck.

In the immediate aftermath, she started to struggle with depression, poor sleep, anxiety, and nightmares. She reported a history of pre-existing diabetes, and her medical issues were likely exacerbated by disruptions to her appetite. She continued to struggle with chronic depression and trauma-related symptoms since then.

She eventually sought treatment in early 2026 when her medical doctor noticed that she was having elevated blood sugar and blood pressure. Although she had not seen the photos in several years, thinking about or remembering them would cause her distress. Per the letter provided by Sterling Funk, she was being treated for symptoms of depression and trauma. Her Kaiser records noted that she was diagnosed with Unspecified Anxiety Disorder.

She continues to struggle with ongoing depression and sadness due to not only losing her son, but learning that he was murdered, seeing his photos online, knowing that the photos are still online, and that nobody has been held accountable. She still remembers the photos she saw online in 2020, even though it has been six years, and they make her feel anxious and upset. It is also important to consider that these images, along with news coverage of her son, are still online and can be easily found through a search.

Her symptoms can vary, but they include issues with depressed mood, low energy, poor sleep, and appetite fluctuations. When asked about what can make her feel more depressed, she stated that when she thinks about her son or something reminds her of him. She reported ongoing frustration over the fact that CDCR had kept things hidden and did not report the murder, and she had to find out about it on the news.

On the MMPI-3, her profile was valid, and there were no signs of over- or under-reporting. She reported symptoms consistent with depression in addition to anxiety and trauma-related symptoms. While she reported intrusive memories about seeing the photos of her son's remains online and anxiety related to seeing them and remembering them, she did not endorse a combination of symptoms that would currently meet the full criteria for PTSD.

However, these experiences are clearly continuing to cause her emotional distress, anxiety, and intrusive memories. She appeared visibly emotional and was tearful when discussing her son's murder and seeing the photos online. **Given the anxiety and memories she has related to seeing photos of her son's remains online, she would meet the criteria for Other Specified Trauma and Stressor Related Disorder (Persistent Response to Trauma with PTSD Like Symptoms).**

Persistent Depressive Disorder is a chronic mood disorder characterized by a long-standing pattern of depressed mood that lasts for at least two years in adults. Individuals with this condition commonly experience ongoing symptoms such as low energy, poor concentration, low self-esteem, feelings of hopelessness, and disturbances in sleep or appetite.

Since the condition is persistent and enduring, it can significantly impair day-to-day functioning, motivation, and coping over time, and is best understood as a prolonged disturbance in mood and emotional regulation rather than a temporary or situational reaction. **Based on her history of**

**chronic depression, which is due to the murder of her son and seeing the photos online, she would meet the criteria for Persistent Depressive Disorder with Pure Dysthymic Syndrome, Moderate.**

My opinions are based on the information available to me at the time of this report. Should additional information be available later, I reserve the right to alter my opinion accordingly.

Thank you for the referral and the opportunity to participate in this evaluation. Please contact me if you have any questions.

Emin Gharibian, Psy.D.

**Emin Gharibian, Psy.D.**
Neuropsychology and Forensic Psychology
California Psychology License No. 29643