# EXHIBIT I

**Molshree Gupta**

**From:** Molshree Gupta
**Sent:** Thursday, October 29, 2026 11:52 AM
**To:** Erin Darling
**Cc:** Maria L. Nixon; Patrick Stockalper; Sheila Wang; Evelyn España Martinez
**Subject:** RE: 628-6: Solares, Dora vs. State of California Dept of Corrections and / Ltr to PC: M&C regarding MSJ/MSA

This will confirm our M&C re Defendant Fugate's MSJ grounds. Generally, Plaintiff disagrees with all grounds raised in our meet and confer letter, including qualified immunity and causation. As to lack of evidence that Defendant Fugate is in the chain of publication of the crime scene photos, you confirmed Plaintiff's position that such evidence is not required to establish either Plaintiff's Substantive Due Process or her Invasion of Privacy claims.

As discussed, we will file Defendant Fugate's MSJ by the 11/6/26 deadline.

Thanks,

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Erin Darling <erin@erindarlinglaw.com>
**Sent:** Thursday, October 29, 2026 11:01 AM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Maria L. Nixon <mnixon@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Sheila Wang <swang@kmslegal.com>; Evelyn España Martinez <eespanamartinez@kmslegal.com>
**Subject:** Re: 628-6: Solares, Dora vs. State of California Dept of Corrections and / Ltr to PC: M&C regarding MSJ/MSA

Sorry, got busy with another case. Can talk now.

-Erin
Law Offices of Erin Darling
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 736-2230
ErinDarlingLaw.com

On Thu, Oct 29, 2026 at 10:26 AM Molshree Gupta <mgupta@kmslegal.com> wrote:

Following up -

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Molshree Gupta
**Sent:** Tuesday, October 27, 2026 2:19 PM
**To:** 'Erin Darling' <erin@erindarlinglaw.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Sheila Wang <swang@kmslegal.com>; Evelyn España Martinez <eespanamartinez@kmslegal.com>
**Subject:** RE: 628-6: Solares, Dora vs. State of California Dept of Corrections and / Ltr to PC: M&C regarding MSJ/MSA

I am free the rest of the day today. (424) 397-1504.

Thanks,

Molshree Gupta

Partner

**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Erin Darling <erin@erindarlinglaw.com>
**Sent:** Monday, October 26, 2026 6:14 PM
**To:** Maria L. Nixon <mnixon@kmslegal.com>

**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Sheila Wang <swang@kmslegal.com>; Evelyn España Martinez <eespanamartinez@kmslegal.com>
**Subject:** Re: 628-6: Solares, Dora vs. State of California Dept of Corrections and / Ltr to PC: M&C regarding MSJ/MSA

Happy to chat but there is no requirement to meet and confer in the E.D. Cal.

-Erin

Law Offices of Erin Darling

3435 Wilshire Blvd., Suite 2910

Los Angeles, CA 90010

(323) 736-2230

ErinDarlingLaw.com

On Fri, Oct 23, 2026 at 4:05 PM Maria L. Nixon <mnixon@kmslegal.com> wrote:

> Good afternoon:
>
> Attached is correspondence in this matter for your review.
>
> Please contact Ms. Gupta directly to discuss the attached.
>
> Sincerely,
>
> KMS KJAR McKENNA STOCKALPER
>
> Maria Nixon

Paralegal to Molshree Gupta and Sheila Wang

**KJAR, McKENNA & STOCKALPER, LLP**

841 Apollo Street, Suite 100

El Segundo, California 90245

424-217-3026 - Main No. (Ext. 1099)

424-369-8664 - Direct

424-367-0400 - Fax No.

424-369-8566 - Direct Fax No.

mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.