J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATE**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
E. BEAM

ANDRADA & ASSOCIATE
PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DORA SOLARES,

Plaintiff,

v.

JOSEPH BURNES, et al.,

Defendants.

Case No.: 1:21-CV-01349-LHR-FJS

**LIEUTENANT E. BEAM'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Lee H. Rosenthal
Trial Date: Not set.
Action Filed: September 8, 2021

Pursuant to Local Rule 260 and Federal Rule of Civil Procedure 56, defendant E. BEAM submits the following Statement of Undisputed Facts in support of his motion for summary judgment.

| **Defendant's Undisputed Material Facts:** | **Supporting Evidence:** |
|---|---|
| 1. Plaintiff alleges in her operative complaint that on the morning of March 9, 2019, Luis Romero, an inmate in the custody of CDCR, was found murdered inside his cell in the 4A1R housing unit at California State Prison, Corcoran. | Third Amended Complaint ("3AC"), ECF No. 71, ¶ 1. |

ANDRADA & ASSOCIATE
PROFESSIONAL CORPORATION

| | |
|---|---|
| 2. Plaintiff alleges Defendant Beam received crime scene photographs of Romero's body and shared these photographs with other CDCR staff at Salinas Valley State Prison. | 3AC, ¶ 17 |
| 3. Beam received a text from a number in "559" area code with just the images of the crime scene. The images showed an inmate (Romero) who had been beheaded. Three separate images had been altered and combined into one image. | Deposition of Lt. Beam ("Beam Depo.") 109:12-110:3; 277:5-24; 279:18-20 |
| 4. Beam e-mailed the images to his work e-mail via his personal e-mail from his phone. | Beam Depo. 121:12-24 |
| 5. Beam's email from his Yahoo account to his CDCR email account – on Tuesday May 21, 2019 at 4:09 a.m. -- contained an attachment ("IMG_0345.JPG") by which he forwarded the Romero crime scene image showing a decapitated body. | Beam Depo. 140:1-8; 141:9-14 |
| 6. Beam sent the Romero crime scene images to his work e-mail specifically for training his staff. | Beam Depo. 127:24-128:1 |
| 7. Beam intended to use the crime scene images to show staff what the worst-case scenario of something that could happen if they don't do their jobs correctly. | Beam Depo. 129:15-19 |
| 8. Beam sought permission from the two Captains for whom he worked to share the crime scene images with staff because, at that time, they had a lot of incidents and drug overdoses on first watch; he wanted to make sure that the sergeants and the officers were doing their job and doing their checks. | Beam Depo. 128:11-15 |
| 9. To explain the connection between drug overdoses and a decapitated body, correctional officers don't know what's going to happen on first watch. And the General Population yards don't have a pipe check; they have 30-minute security checks, and Beam wanted to make sure the cops were checking for batteries, for rapes, for overdoses, for attempted murders, anything that could happen on first watch. And if they're not doing their 30-minute checks, that leaves a wide-open time for inmates to be unsupervised in their cell. | Beam Depo. 128:17-129:1 |

ANDRADA & ASSOCIATE
PROFESSIONAL CORPORATION

| | |
|---|---|
| 10. Beam forwarded the crime scene images to a member of his emergency response team so that she could train her staff in responding to a serious incident. Beam forwarded the crime scene images to officers who worked for him for training purposes. | Beam Depo. 145:13-24; 148:5-10 |
| 11. It was Beam's understanding that other SVSP staff were using the Romero crime scene images for their own trainings. | Beam Depo. 204:5-21 |
| 12. There was no risk that the crime scene images could be e-mailed and circulated because nobody that Beam sent it to would have done that. | Beam Depo. 228:8-12 |
| 13. Beam had received similar photos before in IGI bulletins, ISU bulletins, DEA bulletins, FBI bulletins, ATF bulletins, and even e-mails from the governor on cartel happenings, on terrorist organizations. | Beam Depo. 280:3-14 |
| 14. The images were shared at Salinas Valley State Prison, where the officers did training and saved countless lives which made the prison better. | Beam Depo. 284:24-285:3 |

Dated: November 6, 2026

**ANDRADA & ASSOCIATE**

By *"/s/ Lynne G. Stocker"*

LYNNE G. STOCKER
Attorneys for Defendant
E. BEAM