J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATE**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
E. BEAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES,<br>Plaintiff,<br>v.<br>JOSEPH BURNES, et al.,<br>Defendants. | Case No.: 1:21-CV-01349-LHR-FJS<br>**DECLARATION OF LYNNE G. STOCKER IN SUPPORT OF DEFENDANT E. BEAM'S MOTION FOR SUMMARY JUDGMENT**<br>Judge: Hon. Lee H. Rosenthal<br>Trial Date: Not set.<br>Action Filed: September 8, 2021 |

I, Lynne G. Stocker, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at Andrada & Associate, attorneys of record for defendant E. BEAM herein.

2. Attached hereto as Exhibit A are true and correct copies of relevant pages of the deposition of Lt. E. Beam taken on July 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2026 at Oakland, California.

/s/ Lynne G. Stocker

LYNNE G. STOCKER



ANDRADA & ASSOCIATE
PROFESSIONAL CORPORATION