Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:21-cv-01349-LHR<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS; DECLARATION OF COUNSEL AND EXHIBITS** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff Dora Solares, by and through her counsel, lodges the following deposition transcripts with the Court, pursuant to E.D. Cal. Local Rule 133(j), and will not be filing them through the CM/ECF system:

Erik Beam
Fed. R. Civ. P. 30(b)(6) witness ("Mendez Deposition")

The above depositions, as well as the exhibits referenced in the Declaration of Counsel, are too voluminous to email with their attached files, so Plaintiff provides them via Dropbox link:

https://www.dropbox.com/scl/fo/dydkwlr5s9slz7g8jz2vn/ABOSKgAJWR1cBeW7bRM9nnc?rlkey=wrvuhi5931ccemyr75khwe1pc&st=asjwo955&dl=0

Respectfully submitted,

Dated: August 20, 2026 LAW OFFICES OF ERIN DARLING

By: */s/Erin Darling*
Erin Darling,
Attorneys for Plaintiff

## DECLARATION OF COUNSEL

I, Erin Darling, hereby declare as follows:

I am an attorney permitted to practice in the Eastern District of California, and I represent Dora Solares, mother of decedent Luis Romero, in the above-entitled action.

1. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 1-Erik Beam Deposition [Excerpts] is attached herein. I am familiar with the contents and can attest to its authenticity.
2. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 2- Deposition of Fed. R. Civ. P. 30(b)(6) witness ("Mendez Depo.). I am familiar with the contents and can attest to its authenticity.
3. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 3 – Beam Certification, CDCRSDT 314. I am familiar with the contents and can attest to its authenticity.
4. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 4 – Beam e-mail May 21, 2019, CDCRSDT 117. I am familiar with the contents and can attest to its authenticity.
5. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 5 – Beam Training Records, CDCRSDT 250-271. I am familiar with the contents and can attest to its authenticity.
6. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 6 - CDCRSDT 319. I am familiar with the contents and can attest to its authenticity.
7. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 7 - CDCRSDT 392. I am familiar with the contents and can attest to its authenticity.
8. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 8 – Beam e-mail. I am familiar with the contents and can attest to its authenticity.

9. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 9- Beam e-mail. am familiar with the contents and can attest to its authenticity.
10. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 10 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
11. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 11- Beam e-mail. I am familiar with the contents and can attest to its authenticity.
12. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 12 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
13. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 13 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
14. A true and correct copy of an Unredacted version of Plaintiff's Exhibit14- Beam e-mail. I am familiar with the contents and can attest to its authenticity.
15. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 15 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
16. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 16 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
17. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 17 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
18. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 18 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
19. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 19 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
20. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 20 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
21. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 21 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
22. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 22 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.

23. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 23 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
24. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 24 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
25. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 25 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
26. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 26 - Beam e-mail. I am familiar with the contents and can attest to its authenticity.
27. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 27 - CDCRSDT 856. I am familiar with the contents and can attest to its authenticity.
28. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 30 – CDCRSDT 168, letter written by Erik Beam. I am familiar with the contents and can attest to its authenticity.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 30, 2026, in Los Angeles, CA.

By *\/s/ Erin Darling*

ERIN DARLING
Attorney for Dora Solares