Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES, an individual,

Plaintiff,

v.

JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:21-cv-01349-LHR

**PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS (L.R. 141)**

**Judge: Hon. Lee H. Rosenthal**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** THAT Plaintiff Dora Solares, under Local Rule 141, is submitting a Request to Seal Documents in the above-captioned matter because the documents contain confidential and sensitive information that defendants maintain should not be disclosed to the public. The documents sought to be sealed are:

1. An Unredacted version of "Plaintiff's Memorandum in Opposition to Defendant Jacob Fugate's Motion for Summary Judgment," dated November 20, 2026.
2. An Unredacted version of "Plaintiff's Statement of Genine Disputes and Objections in Opposition to Defendant Jacob Fugate's Motion for Summary Judgment Or, In the

Alternative, Summary Adjudication," dated November 20, 2026.

3. Lodged exhibits and deposition transcripts, attached to the "Notice of Lodging," dated November 20, 2026.

The basis for sealing is that the documents include reference to information from an investigation that have been been marked "Confidential" or "Confidential – Attorneys Eyes Only" under the protective order. Consequently, the above documents include reference to information that defendants contend should not be made public.

The accompanying Request to Seal Documents, proposed order, and the documents described above are being submitted to the Court at Glenda_Hassan@txs.uscourts.gov, and served on counsel for all parties by email.

Respectfully submitted,

Dated: November 24, 2026

LAW OFFICES OF JUSTIN STERLING

By: */s/ Justin Sterling*
Justin E. Sterling,
Attorneys for Plaintiff
Dora Solares

LAW OFFICES OF ERIN DARLING

By: */s/ Erin Darling*
Erin Darling,
Attorneys for Plaintiff
Dora Solares