**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:21-cv-01349-LHR<br><br>**ORDER** |

Having reviewed Plaintiff's Request to Seal Documents, and the documents submitted therewith, and with good cause appearing, Plaintiff's Request to Seal Documents as to her Opposition to Defendant Fugate's Summary Judgment Motion is granted.

The Clerk of Court is directed to file under seal the following documents submitted by email by Plaintiff with her request:

1. An Unredacted version of Plaintiff's Opposition to Defendant Fugate's Motion for Summary Judgment. Plaintiff is seeking the Court to seal the document that is currently at ECF Dkt. No. 102.
2. An Unredacted version of Plaintiff's Separate Statement in Opposition to Defendant Fugate's Motion for Summary Judgment. Plaintiff is seeking the Court to seal the document that is currently at ECF Dkt. No. 102-1.

3. An Unredacted version of Plaintiffs' Exhibit 1-Fugate Deposition [Excerpts];
4. An Unredacted version of Plaintiffs' Exhibit 3-Designation of Expert Witnesses Reports, Richard Winistorfer and Dr. Emin Gharibian. The portions that are quoted in Plaintiff's Opposition are not confidential, but the reports contain information that includes confidential information and should therefore collectively be redacted.
5. An Unredacted version of Plaintiffs' Exhibit 4- DOM 12070.18 (CDCRSDT 588)
6. An Unredacted version of Plaintiffs' Exhibit 5- DOM 3303.3.3 (CDCRSDT 589)
7. An Unredacted version of Plaintiffs' Exhibit 6- Notice of Investigation (CDCRSDT636)
8. An Unredacted version of Plaintiffs' Exhibit 7- Incident Report (DEF4096-4101)
9. An Unredacted version of Plaintiffs' Exhibit 8- OIA Report, Dated 2/9/2023 (CDCRSDT1-14)
10. An Unredacted version of Plaintiffs' Exhibit 9- OIA Report, Dated 9/30/2024 (CDCRSDT15-29))
11. An Unredacted version of Plaintiffs' Exhibit 10-Audio Recording OIA Investigator Saucedo Interview (CDCRSDT874)
12. An Unredacted version of Plaintiffs' Exhibit 11- Video Recording Officer Alvarado BWC (CDCRSDT968)
13. An Unredacted version of Plaintiffs' Exhibit 11- Notice of Adverse Action (CDCRSDT887-917)
14. An Unredacted version of Plaintiffs' Exhibit 12- Video Recording Officer Fugate BWC (CDCRSDT969)
15. An Unredacted version of Plaintiffs' Exhibit 12- Video Recording Officer Marshall BWC (CDCRSDT970)

Dated: November 25, 2026

Lee H. Rosenthal
Senior United States District Judge